

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** WHITEFORD, TAYLOR & PRESTON, LLP
S/O: RESAGENT, INC.
SEVEN ST. PAUL STREET, SUITE 1900
BALTIMORE, MD 21202

|  |  |
|---|---|
| **Case Number:** | C-24-CV-24-002631 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
　　Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
　　Personal attendance in court on the day named is NOT required.
　　It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

CC-CV-032 (Rev. 03/2024)　　　　　　**Page 1 of 3**　　　　　　09/12/2024 9:48 AM



**Claudia Engelhorn, et al. vs. Erik Bolog, et al.**

Circuit Court for Baltimore City
**Case Number: C-24-CV-24-002631**

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

## SHERIFF'S RETURN
### (please print)

To: WHITEFORD, TAYLOR & PRESTON, LLP

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                     Name of person served

on _____ at _____
       Date of service                        Location of service

_____ by _____ with the following:
                                      Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
                      Please specify

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
                      Please specify

Sheriff fee: S _____ ☐ waived by _____

_____ _____
      Date              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** MICHAEL POSTAL
4302 BROKEN ARROW COURT
APT. 606
CLINTON, MD 20735

| | |
|---|---|
| Case Number: | C-24-CV-24-002631 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

**Claudia Engelhorn, et al. vs. Erik Bolog, et al.**

Circuit Court for Baltimore City
**Case Number: C-24-CV-24-002631**

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

## SHERIFF'S RETURN
### (please print)

To: MICHAEL POSTAL

_____  ID# _____  of the _____
              Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                        Name of person served

on _____  at _____
        Date of service                              Location of service

_____  by _____  with the following:
                                        Manner of service

    ☐ Summons      ☐ Counter-Complaint

    ☐ Complaint      ☐ Domestic Case Information Report

    ☐ Motions      ☐ Financial Statement

    ☐ Petition and Show Cause Order      ☐ Interrogatories

    ☐ Other _____
                                        Please specify

    (2) Was unable to serve because:

    ☐ Moved left no forwarding address      ☐ No such address

    ☐ Address not in jurisdiction      ☐ Other _____
                                                                                Please specify

Sheriff fee: $ _____  ☐ waived by _____

_____  _____
        Date                              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:**  ERIK D BOLOG, TRUSTEE
THE BOLOG LAW GROUP
1763 COLUMBIA ROAD, NW, SUITE 450N
WASHINGTON, DC 20018

|  |  |
|---|---|
| **Case Number:** | C-24-CV-24-002631 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

Circuit Court for Baltimore City
Case Number: C-24-CV-24-002631

## SHERIFF'S RETURN
### (please print)

To:  ERIK D BOLOG, TRUSTEE

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                        Name of person served

on _____ at _____
        Date of service                        Location of service

_____ by _____ with the following:
                                     Manner of service

        ☐ Summons                          ☐ Counter-Complaint

        ☐ Complaint                      ☐ Domestic Case Information Report

        ☐ Motions                        ☐ Financial Statement

        ☐ Petition and Show Cause Order    ☐ Interrogatories

        ☐ Other _____
                               Please specify

    (2) Was unable to serve because:
        ☐ Moved left no forwarding address    ☐ No such address
        ☐ Address not in jurisdiction        ☐ Other _____
                                           Please specify

Sheriff fee: $ _____ ☐ waived by _____

            _____    _____
                 Date          Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY,
MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** SCIENCE PARK ASSOCIATES, LLC
S/O : ERIK D. BOLOG, ESQ.
8938 ABBEY TERRACE
POTOMAC, MD 20854

| | |
|---|---|
| Case Number: | C-24-CV-24-002631 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*[signature]*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

### SHERIFF'S RETURN
### (please print)

To: SCIENCE PARK ASSOCIATES, LLC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                    Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                           ☐ Counter-Complaint
☐ Complaint                         ☐ Domestic Case Information Report
☐ Motions                           ☐ Financial Statement
☐ Petition and Show Cause Order     ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction        ☐ Other _____
Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                        Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY,
MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:**  TENACITY INVESTMENTS, LLC
S/O: MIKE POSTAL
7333 NEW HAMPSHIRE AVENUE
UNIT 103
TAKOMA PARK, MD 20912

| | |
|---|---|
| **Case Number:** | C-24-CV-24-002631 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

### WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.                    **Circuit Court for Baltimore City**
                                                                   **Case Number: C-24-CV-24-002631**

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

## SHERIFF'S RETURN
### (please print)

To: TENACITY INVESTMENTS, LLC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                               Name of person served

on _____ at _____
       Date of service                               Location of service

_____ by _____ with the following:
                                    Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
                       Please specify

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
                       Please specify

Sheriff fee: S _____ ☐ waived by _____

_____ _____
       Date              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** DARNESTOWN ROAD, INC.
S/O: ERIK D. BOLOG
8938 ABBEY TERRACE
POTOMAC, MD 20854

| | |
|---|---|
| Case Number: | C-24-CV-24-002631 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

### WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*[signature]*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1.  This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

CC-CV-032 (Rev. 03/2024)                    **Page 1 of 3**                    09/12/2024 9:48 AM

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

Circuit Court for Baltimore City
**Case Number: C-24-CV-24-002631**

3.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)          **Page 2 of 3**                    09/12/2024 9:48 AM

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

# SHERIFF'S RETURN
### (please print)

To:  DARNESTOWN ROAD, INC.

_____   ID# _____   of the  _____
           Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served  _____
                                                    Name of person served

on  _____  at  _____
           Date of service                                              Location of service

_____  by  _____  with the following:
                                                          Manner of service

☐ Summons                                        ☐ Counter-Complaint

☐ Complaint  _____   ☐ Domestic Case Information Report

☐ Motions                                         ☐ Financial Statement

☐ Petition and Show Cause Order      ☐ Interrogatories

☐ Other  _____
                          Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address   ☐ No such address

☐ Address not in jurisdiction             ☐ Other
                                                              _____
                                                                          Please specify

Sheriff fee: $ _____  ☐ waived by _____

_____   _____
           Date                              Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY,
MARYLAND**

CIVIL DIVISION

111 N. Calvert Street

Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:**    ERIK D BOLOG
9312 CHESLEY ROAD
POTOMAC, MD 20854

| | |
|---|---|
| Case Number: | C-24-CV-24-002631 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

Circuit Court for Baltimore City
Case Number: C-24-CV-24-002631

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

## SHERIFF'S RETURN
### (please print)

To: ERIK D BOLOG

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                                    Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                                  ☐ Counter-Complaint
☐ Complaint                                 ☐ Domestic Case Information Report
☐ Motions                                   ☐ Financial Statement
☐ Petition and Show Cause Order             ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address          ☐ No such address
☐ Address not in jurisdiction               ☐ Other _____
Please specify

Sheriff fee: S _____  ☐ waived by _____

_____    _____
Date                        Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

CIVIL DIVISION

111 N. Calvert Street

Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** POJO LAPLATA LLC
S/O: ANJON JONES
4302 BROKEN ARROW COURT
CLINTON, MD 20735

|  |  |
|---|---|
| Case Number: | C-24-CV-24-002631 |
| Other Reference Number(s): | |
| Child Support Enforcement Number: | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

Circuit Court for Baltimore City
Case Number: C-24-CV-24-002631

## SHERIFF'S RETURN
### (please print)

To:  POJO LAPLATA LLC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                                              Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                                    ☐ Counter-Complaint
☐ Complaint      _____    ☐ Domestic Case Information Report
☐ Motions                                    ☐ Financial Statement
☐ Petition and Show Cause Order              ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address      ☐ No such address
☐ Address not in jurisdiction           ☐ Other _____
Please specify

Sheriff fee: S _____    ☐ waived by _____

_____    _____
Date                                Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:**   SWAIN LANDING LAPLATA JC, LLC
S/O: ANJON JONES
4302 BROKEN ARROW COURT
CLINTON, MD 20735

Case Number:             C-24-CV-24-002631
Other Reference Number(s):
Child Support Enforcement Number:

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 9/12/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN; CLAUDIA ENGELHORN, TRUSTEE; WHITE PEARL, LLC
2127 Espey Court
Suite 204
Crofton, MD  21114; 2127 Espey Court
Suite 204
Crofton, MD  21114; 1209 Orange Street
Wilmington, DE  19801

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

Circuit Court for Baltimore City
Case Number: C-24-CV-24-002631

### SHERIFF'S RETURN
(please print)

To: SWAIN LANDING LAPLATA JC, LLC

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                                    Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                          ☐ Counter-Complaint
☐ Complaint        _____    ☐ Domestic Case Information Report
☐ Motions                          ☐ Financial Statement
☐ Petition and Show Cause Order     ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address     ☐ No such address
☐ Address not in jurisdiction          ☐ Other _____
Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                         Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

E-FILED; Baltimore City Circuit Court
Docket: 10/14/2024 12:43 PM; Submission: 10/14/2024 12:43 PM
Envelope: 18393050

## AFFIDAVIT OF DUE DILIGENCE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 11864274 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations, LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| Erik D. Bolog, Resident Agent for Darnestown Road, Inc. |

I, Aaron Alberts, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Erik D. Bolog, Resident Agent for Darnestown Road, Inc., Home: 8938 Abbey Terrace, Potomac, MD 20854

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC.

**Additional Comments:**

1) Unsuccessful Attempt: Sep 30, 2024, 2:38 pm EDT at Home: 8938 Abbey Terrace, Potomac, MD 20854
Asian woman answered the door and stated that was possibly a previous owner. Subject unknown.

2) Unsuccessful Attempt: Oct 7, 2024, 11:56 am EDT at Home: 8938 Abbey Terrace, Potomac, MD 20854
No answer at door.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____     10/07/2024

Aaron Alberts                                                        Date

Maverick Process Service & Investigations, LLC
9 Westminster Shopping Center 384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 11/14/2024 9:19 PM; Submission: 11/14/2024 9:19 PM
Envelope: 18746765

## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 11864393 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| Michael Postal, Resident Agent for Tenacity Investments, LLC. |

I, Monet Ballard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Michael Postal, Resident Agent for Tenacity Investments, LLC., Home: 1801 16th Street Northwest APT. 608, Washington, DC 20009 |
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC. |

Additional Comments:
1) Unsuccessful Attempt: Oct 8, 2024, 1:39 pm EDT at Home: 4302 Broken Arrow Court, Clinton, MD 20735
Attempt made, not served. Current resident Anjon Jones offered to accept the paperwork for Michael Postal.

2) Unsuccessful Attempt: Oct 16, 2024, 11:31 am EDT at Home: 4302 Broken Arrow Court, Clinton, MD 20735
Attempted. Not served. Spoke with Anjon who stated that Michael doesn't live at this address.

3) Unsuccessful Attempt: Oct 16, 2024, 12:59 pm EDT at Second Possible Address for Michael Postal only if unable to serve at home address:
7333 New Hampshire Avenue Unit 103, Takoma Park, MD 20912
Attempted. Went to address and was able to gain access into building. Knocked but got no answer. There was a package at the door but did not have Michael's name on it. Went to rental office and asked if Michael lives in 103. She stated that the owner of the building lives in 103. She also said that Michael stayed with the owner for a while but left about a year ago. See attached

4) Unsuccessful Attempt: Oct 22, 2024, 12:19 pm EDT at Home: 1801 16th Street Northwest APT. 608, Washington, DC 20009
Attempted, not served. Knocked but got no answer and heard no movement, however the receptionist did confirm that he does indeed live here.

5) Unsuccessful Attempt: Oct 23, 2024, 9:51 am EDT at Home: 1801 16th Street Northwest APT. 608, Washington, DC 20009
Attempted. Not served. Building is locked and no one is at the front desk

6) Unsuccessful Attempt: Oct 28, 2024, 6:05 pm EDT at Home: 1801 16th Street Northwest APT. 608, Washington, DC 20009
Attempt made, not served. No answer at apartment door. I asked the receptionist if he knows when he is typically home and he stated he does not.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.



| | |
|---|---|
| Monet Ballard | 11/05/2024 |
| | **Date** |

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 10/14/2024 12:43 PM; Submission: 10/14/2024 12:43 PM
Envelope: 18393050

## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 11864262 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| Erik D. Bolog, Resident Agent for Science Park Associates, LLC.. |

I, AARON Alberts, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Erik D. Bolog, Resident Agent for Science Park Associates, LLC.., Home: 8938 Abbey Terrace, Potomac, MD 20854 |
|---|---|
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC. |

**Additional Comments:**
1) Unsuccessful Attempt: Sep 30, 2024, 2:38 pm EDT at Home: 8938 Abbey Terrace, Potomac, MD 20854
Asian woman answered the door and stated that was possibly a previous owner. Subject unknown.

2) Unsuccessful Attempt: Oct 7, 2024, 11:56 am EDT at Home: 8938 Abbey Terrace, Potomac, MD 20854
No answer at door.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____          10/09/2024
AARON Alberts                                      **Date**

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 10/14/2024 12:43 PM; Submission: 10/14/2024 12:43 PM
Envelope: 18393050

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 11864410 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| Anjon Jones, Resident Agent for POJO LaPlata, LLC. |

I, Monet Ballard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Anjon Jones, Home: 4302 Broken Arrow Court, Clinton, MD 20735

**Manner of Service:** Registered Agent, Oct 8, 2024, 1:39 pm EDT

**Documents:** Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC

**Additional Comments:**
1) Successful Attempt: Oct 8, 2024, 1:39 pm EDT at Home: 4302 Broken Arrow Court, Clinton, MD 20735 received by Anjon Jones. Age: 50; Ethnicity: African American; Gender: Male; Weight: 300; Height: 6'0"; Hair: Black; Eyes: Black; Other: Resident Agent;
The recipient was served by delivering and leaving a true copy of the above referenced document(s).

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____     10/11/2024
Monet Ballard     Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 10/14/2024 12:43 PM; Submission: 10/14/2024 12:43 PM
Envelope: 18393050

**AFFIDAVIT OF SERVICE**

| Case:<br>C-24-CV-24-002631 | Court:<br>Circuit Court for Baltimore City | County:<br>Baltimore City, MD | Job:<br>11864274 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Claudia Engelhorn, et al. | | Defendant / Respondent:<br>Erik Bolog, et al. | |
| Received by:<br>Maverick Process Service & Investigations LLC | | For:<br>Henderson Law, LLC | |
| To be served upon:<br>Erik D. Bolog, Resident Agent for Darnestown Road, Inc. | | | |

I, Rodney Getlan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | SDST Agent, State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202 |
| Manner of Service: | Government Agency, Oct 10, 2024, 1:36 pm EDT |
| Documents: | Two (2) Copies of the Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC; Affidavit of Non Service and Service fee check in the amount of $50 |

**Additional Comments:**
1) Successful Attempt: Oct 10, 2024, 1:36 pm EDT at State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202 received by State Department pf Assessment & Taxation Agent. Age: 60; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'4"; Hair: Black; Eyes: Brown; Relationship:

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____          10/10/2024
Rodney Getlan                                        **Date**

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 10/19/2024 7:20 PM; Submission: 10/19/2024 7:20 PM
Envelope: 18472243

**AFFIDAVIT OF SERVICE**

| Case:<br>C-24-CV-24-002631 | Court:<br>Circuit Court for Baltimore City | County:<br>Baltimore City, MD | Job:<br>11864416 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Claudia Engelhorn, et al. | | Defendant / Respondent:<br>Erik Bolog, et al. | |
| Received by:<br>Maverick Process Service & Investigations LLC | | For:<br>Henderson Law, LLC | |
| To be served upon:<br>Anjon Jones, Resident Agent for Swain Landing LaPlata JC, LLC. | | | |

I, Monet Ballard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Anjon Jones, Home: 4302 Broken Arrow Court, Clinton, MD 20735 |
| Manner of Service: | Registered Agent, Oct 8, 2024, 1:39 pm EDT |
| Documents: | Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC. |

**Additional Comments:**
1) Successful Attempt: Oct 8, 2024, 1:39 pm EDT at Home: 4302 Broken Arrow Court, Clinton, MD 20735 received by Anjon Jones. Age: 50; Ethnicity: African American; Gender: Male; Weight: 300; Height: 6'0"; Hair: Black; Eyes: Black; Other: Resident Agent;
The recipient was served by delivering and leaving a true copy of the above referenced document(s).

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____          10/15/2024
Monet Ballard                            **Date**

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 11/14/2024 9:19 PM; Submission: 11/14/2024 9:19 PM
Envelope: 18746765

### AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 12123681 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| State Department of Assessment and Taxation for Tenacity Investments, LLC. |

I, Rodney Getlan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SDAT Employee , State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202

**Manner of Service:** Government Agency, Nov 6, 2024, 1:37 pm EST

**Documents:** 2 (two) copies of the Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC., Letter , Affidavit of Non Service , Service fee check in the amount of $50

**Additional Comments:**
1) Successful Attempt: Nov 6, 2024, 1:37 pm EST at State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202 received by SDAT Employee . Age: 60; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'3"; Hair: Black; Eyes: Brown; Relationship: SDAT Employee ;
Served a SUITABLE AGE PERSON (over the age of 18) by delivering and leaving a true copy of the document at this location. The person served stated they are authorized to accept service on behalf of the agency named.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

| | |
|---|---|
| Rodney Getlan | 11/08/2024 |
| | Date |

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-FILED; Baltimore City Circuit Court
Docket: 10/14/2024 12:43 PM; Submission: 10/14/2024 12:43 PM
Envelope: 18393050

AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| C-24-CV-24-002631 | Circuit Court for Baltimore City | Baltimore City, MD | 11864262 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Claudia Engelhorn, et al. | Erik Bolog, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Henderson Law, LLC |

| To be served upon: |
|---|
| Erik D. Bolog, Resident Agent for Science Park Associates, LLC.. |

I, Rodney Getlan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | State Department of Assessment and Taxation Agent, State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202 |
|---|---|
| Manner of Service: | Government Agency, Oct 10, 2024, 1:36 pm EDT |
| Documents: | Two (2) copies of the Writ of Summons; Complaint and Demand for Jury Trial; Civil Non-Domestic Case Information Report; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Whiteford Taylor & Preston, LLP; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Michael Postal; PLaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Michael Postal; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, POJO LaPlata, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Darnestown Road, Inc.; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Science Park Associated, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Swain Landing LaPlata JC, LLC; Plaintiff Claudia Engelhorn's First Set of Interrogatories to Defendant, Tenacity Investments, LLC; Plaintiff Claudia Engelhorn's Request for Production of Documents and Things to Defendant, Tenacity Investments, LLC; Affidavit of Non Service and Service fee check in the amount of $50 |

Additional Comments:
1) Successful Attempt: Oct 10, 2024, 1:36 pm EDT at State Department of Assessment and Taxation : 700 East Pratt Street, Baltimore, MD 21202 received by State Department of Assessment and Taxation Agent. Age: 60; Ethnicity: African American; Gender: Female; Weight: 155; Height: 5'4"; Hair: Black; Eyes: Brown; Relationship:

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____          10/12/2024
Rodney Getlan                            Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782
Email: info@mavpi.com

E-SERVED Baltimore City Circuit Court 1/27/2025 2:09 PM System Envelope:19703106



E-FILED: Baltimore City Circuit Court
Docket: 1/27/2025 2:09 PM; Submission: 1/27/2025 2:09 PM
Envelope: 19703106

**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

CIVIL DIVISION

111 N. Calvert Street
Baltimore, Maryland 21202

Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:**  MICHAEL POSTAL
1801 16TH STREET NORTHWEST APT 608
WASHINGTON, DC 20009

|  |  |
|---|---|
| **Case Number:** | C-24-CV-24-002631 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**CLAUDIA ENGELHORN, ET AL. VS. ERIK BOLOG, ET AL.**

Issue Date: 1/27/2025

### WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

CLAUDIA ENGELHORN
2127 Espey Court
Suite 204
Crofton, MD  21114

This summons is effective for service only if served within 60 days after the date it is issued.

*Xavier A. Conaway*

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Claudia Engelhorn, et al. vs. Erik Bolog, et al.

**Circuit Court for Baltimore City**
**Case Number: C-24-CV-24-002631**

## SHERIFF'S RETURN
### (please print)

To: MICHAEL POSTAL

_____ ID# _____ of the _____
   Serving Sheriff's Name

County Sheriff's office present to the court that I:

   (1) Served _____
                           Name of person served

on _____ at _____
            Date of service                                Location of service

_____ by _____ with the following:
                                    Manner of service

☐ Summons                                    ☐ Counter-Complaint

☐ Complaint                                   ☐ Domestic Case Information Report

☐ Motions                                     ☐ Financial Statement

☐ Petition and Show Cause Order               ☐ Interrogatories

☐ Other _____
                    Please specify

(2) Was unable to serve because:
       ☐ Moved left no forwarding address        ☐ No such address

       ☐ Address not in jurisdiction             ☐ Other _____
                                                              Please specify

Sheriff fee: $ _____  ☐ waived by _____

_____   _____
            Date                    Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).