E-FILED; Baltimore City Circuit Court
Docket: 2/11/2025 1:34 PM; Submission: 2/11/2025 1:34 PM
Envelope: 19922158

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| CLAUDIA ENGELHORN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIK D. BOLOG, *et al.*, <br><br> Defendants. | No. C-24-CV-24-002631 |

### ANSWER OF DEFENDANT WHITEFORD, TAYLOR & PRESTON LLP

Defendant Whiteford, Taylor & Preston LLP ("Whiteford") submits this Answer to the Amended Complaint ("Complaint") and states:

All counts in the Complaint against Whiteford are for tort and the claims for relief are for money only. Pursuant to Maryland Rule 2-323, Whiteford generally denies liability and requests dismissal with prejudice of all claims against Whiteford.

### AFFIRMATIVE DEFENSES[1]

1. The Complaint, and each and every count thereof, fails to state a claim against Whiteford.

2. Plaintiffs' claims are not cognizable in this Court because of a binding agreement requiring arbitration.

3. Venue is not appropriate in this Court for, among other reasons, Plaintiffs' agreement to arbitrate their claims against Whiteford.

---

[1] By enumerating these affirmative defenses Whiteford does not suggest or admit that Whiteford bears the burden of proof on each of them.

4. Plaintiffs' claims are barred by an express release and by the doctrine of release.

5. Plaintiffs' claims are barred by payment.

6. Plaintiffs' claims are barred in whole or in part by an accord and satisfaction.

7. Plaintiffs' claims are barred in whole or in part by the doctrine of waiver.

8. Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

9. Plaintiffs' claims are barred in whole or in part by the statute of limitations.

10. Plaintiffs' claims are barred in whole or in part by the Plaintiffs' contributory negligence.

11. Plaintiffs' claims are barred in whole or in part by Plaintiffs' assumption of the risk.

12. Plaintiffs' claims are barred by their unclean hands.

13. Whiteford is not legally responsible for the acts of Defendant Erik Bolog under respondeat superior or any other doctrine of agency.

14. The acts of Defendant Bolog at issue in the Complaint were not undertaken within the scope of his employment by Whiteford and Whiteford did not authorize or benefit from Defendant Bolog's acts.

15. Whiteford did not represent Plaintiff White Pearl and therefore cannot be liable in malpractice or for breach of fiduciary duty with respect to that Plaintiff.

16. The acts of Whiteford did not proximately cause any of Plaintiffs' alleged damages.

17. Plaintiffs failed to mitigate their alleged damages.

18. Any damages awarded against Whiteford must be reduced or eliminated by the misconduct of other defendants.

19. Plaintiffs' claims for punitive damages are barred by the due process clauses of the state and federal constitutions.

20. Whiteford did not knowingly participate in or encourage any act of Defendant Bolog that violated a fiduciary duty owed to any of the Plaintiffs.

WHEREFORE, Defendant Whiteford, Taylor & Preston LLP requests that judgment be entered in its favor on all claims in the Complaint, and that those claims be dismissed with prejudice against Whiteford, and that Whiteford recover its costs and fees and such other and further relief as the Court deems just.

### JURY TRIAL DEMAND

Pursuant to Maryland Rule 2-331(b), Defendant Whiteford Taylor & Preston LLP respectfully demands trial by jury as to all claims and issues herein so triable.

Dated: February 11, 2025

Respectfully submitted,

By: /s/ William J. Murphy
    William J. Murphy (#8406010273)
    John J. Connolly (#9112170144)
    Kirk E. MacKinnon Morrow
     (#2410241018)

ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21201
410 332 0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Attorneys for Defendant Whiteford, Taylor & Preston, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2025, a copy of the foregoing Answer was served in the manner indicated on the following persons:

| | |
|---|---|
| Douglas Gansler<br>J.B. Howard<br>Cadwalader, Wickersham & Taft LLP<br>1919 Pennsylvania Avenue NW<br>Washington, DC 20006<br><br>*Counsel for Defendants Erik D. Bolog; Erik D. Bolog, Trustee, JAREB Irrevocable Trust Agreement; Science Park Associates, LLC; Darnestown Road, Inc.*<br><br>By email to:<br>Douglas.Gansler@cwt.com<br>J.B.Howard@cwt.com | Wes P. Henderson<br>Patrick D. Gardiner<br>Henderson Law, LLC<br>2127 Espey Court, Suite 204<br>Crofton, MD 21114<br><br>*Counsel for Plaintiffs*<br><br>By email to:<br>wph@hendersonlawllc.com<br>patrick@hendersonlawllc.com |
| Michael Postal<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br>By first class mail | POJO LaPlata LLC<br>Attn: Anjon Jones<br>4302 Broken Arrow Court, Apt. 606<br>Clinton, MD 20735<br>By first class mail |
| Swain Landing LaPlata JC, LLC<br>Attn: Anjon Jones<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br>By first class mail | Tenacity Investments, LLC<br>Attn: Michael Postal<br>7333 New Hampshire Avenue, Unit 103<br>Takoma Park, MD 20912<br>By first class mail |

                                                                       /s/ John J. Connolly
                                                                       John J. Connolly

E-FILED; Baltimore City Circuit Court
Docket: 2/11/2025 1:34 PM; Submission: 2/11/2025 1:34 PM
Envelope: 19922158

IN THE CIRCUIT COURT FOR Baltimore City, Maryland
(City/County)

# CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

## DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

| | |
|---|---|
| FORM FILED BY: ☐ PLAINTIFF ☒ DEFENDANT | CASE NUMBER C-24-CV-24-002631 (Clerk to insert) |
| CASE NAME: Claudia Engelhorn, et al. vs. Erik D. Bolog, et al. | |
| | Plaintiff   Defendant |
| PARTY'S NAME: Whiteford, Taylor & Preston, LLP | PHONE: |
| PARTY'S ADDRESS: Seven St. Paul St., Suite 1900; Baltimore, MD 21202 | |
| PARTY'S E-MAIL: | |

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: William J. Murphy      PHONE: 410 949 1146
PARTY'S ATTORNEY'S ADDRESS: ZUCKERMAN SPAEDER LLP; 100 E. Pratt St., Ste. 2440 Baltimore MD 21202
PARTY'S ATTORNEY'S E-MAIL: wmurphy@zuckerman.com

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: _____ hours  10  days

## PLEADING TYPE

New Case:  ☒ Original      ☐ Administrative Appeal      ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)**

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☒ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)                                    Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated* **Liability** *above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

**MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)**

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000
☐ Medical Bills $ _____     ☐ Wage Loss $ _____     ☐ Property Damages $ _____

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☐ Yes ☐ No           C. Settlement Conference   ☒ Yes ☐ No
B. Arbitration  ☐ Yes ☐ No           D. Neutral Evaluation       ☐ Yes ☐ No

**SPECIAL REQUIREMENTS**

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

**ESTIMATED LENGTH OF TRIAL**

*With the exception of Baltimore County and Baltimore City, please fill in the estimated* **LENGTH OF TRIAL.**
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

**BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM**

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of          ☒ **Standard** - Trial within 18 months of
Defendant's response                                Defendant's response

EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 12/2022)                          Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) | |
|---|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* | |
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☒ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

February 11, 2025
Date

100 E. Pratt St., Ste. 2440
Address

Baltimore       MD       21202
City       State       Zip Code

/s/ William J. Murphy       8406010273
Signature of Attorney / Party       Attorney Number

William J. Murphy
Printed Name