Entered: September 23rd, 2025
Signed: September 23rd, 2025

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al*.<br><br>                    Plaintiffs,<br><br>                    v.<br><br>Erik D. Bolog, *et al*.<br><br>                    Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

### ORDER GRANTING
### THE BOLOG PARTIES' MOTION TO TRANSFER VENUE (ECF NO. 59)

This matter came before the Court on the *Bolog Parties' Motion to Transfer Venue* (ECF No. 59, the "Motion"), for entry of an order transferring venue of the above-captioned adversary proceeding Case No. 1:25-ap-00159 from this Court to the United States Bankruptcy Court for the District of Columbia (the "D.C. Bankruptcy Court"), it is hereby:

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the above-captioned adversary proceeding be, and hereby is, **TRANSFERRED** to the United States District Court for the District of Columbia and, it is further,

**ORDERED**, that by virtue of the local rules of United States District Court for the District of Columbia automatically referring such matters to the United States Bankruptcy Court for the District of Columbia, that the Clerk of Court shall transfer the proceeding directly to the United States Bankruptcy Court for the District of Columbia.

End of Order

cc:
**Counsel of Record Served via CM/ECF:**
Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court Suite
204 Crofton, MD 21114
-and-

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

-and-

Patricia L. Lincoln (p.lincoln@ellis-law.com)
**Ellis Law Group, P.L.**
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street Suite
2440 Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*

-3-

Douglas F. Gansler (douglas.gansler@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

-and-

Matthew M. Karlan (Matthew.Karlan@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735