**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | ) | United States Bankruptcy Court |
| | ) | for the District of Columbia |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Claudia Engelhorn, *et al.* | ) | Case No. 25-00159 |
| | ) | United States Bankruptcy Court |
| Plaintiffs, | ) | for the District of Maryland |
| | ) | |
| v. | ) | Case No. C-24-CV-24-002631 |
| | ) | Circuit Court for Baltimore City, |
| Erik D. Bolog, *et al.* | ) | Maryland |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**ORDER TRANSFERRING CASE TO UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

Upon consideration of the Motion to Transfer Venue (the "Motion") filed by Swain Landing LaPlata JC, LLC, any opposition thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED, that the above-captioned case be, and hereby is, TRANSFERRED to the United States District Court for the District of Columbia and, by virtue of local rule of that court, REFERRED to the United States Bankruptcy Court for the District of Maryland.

Copies: All counsel of record