**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **– DER**    Chapter:    Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiffs

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC**
Defendants

## ORDER UPON NOTICE OF REMOVAL TO BANKRUPTCY COURT

The above–captioned adversary proceeding has been removed to this Court by filing a Notice of Removal pursuant to Federal Bankruptcy Rule 9027.

IT IS HEREBY ORDERED, that the party that filed the Notice of Removal shall, within twenty–one (21) days of the date hereof, file with the Clerk copies of the docket entries and all papers filed in the court from which this case was removed. Unless reasonable objection to the record is made, this Court shall presume that copies filed are true copies of the original papers.

IT IS FURTHER ORDERED, that all parties shall refer to and follow Federal Bankruptcy Rule 9027 in their conduct of these proceedings, unless otherwise ordered.

The Court shall conduct a status conference on **July 17, 2025, at 10:00 AM in Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688).** Counsel shall be present.

The party filing the Notice of Removal shall mail a copy of this Order to all parties of this adversary proceeding and to their attorneys, if any.

cc:   All Parties
　　　All Counsel

## End of Order

43x01 (rev. 12/01/2009) – CheritaScott