# Maryland Judiciary Case Search

## NOTICE: Available

## Case Detail

### Case Information

Court System: **Circuit Court For Baltimore City - Civil**
Location:  **Baltimore City Circuit Court**
Case Number: **C-24-CV-24-002631**
Title: **Claudia Engelhorn, et al. vs. Erik Bolog, et al.**
Case Type: **Tort - Malpractice Professional**
Filing Date: **09/10/2024**
Case Status: **Closed**

### Involved Parties Information

#### Defendant

Name: **Bolog, Erik D**

Address: **9312 Chesley Road**
City:  **Potomac**  State: **MD**  Zip Code: **20854**

#### Attorney(s) for the Defendant

Name:   **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:  **11/04/2024**
Address Line 1:  **Zuckerman Spaeder LLP**
Address Line 2:  **100 East Pratt Street**
Address Line 3:  **Suite 2440**
City:   **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:   **GANSLER, DOUGLAS FRIEND**
Appearance Date: **11/18/2024**
Address Line 1:  **Cadwalader, Wickersham & Taft LLP**
Address Line 2:  **1919 Pennsylvania Ave, NW**
City:   **Washington**  State: **DC**  Zip Code: **20006**

Name:   **HOWARD, JOHN BURNSIDE Jr.**
Appearance Date: **11/18/2024**
Address Line 1:  **Cadwalader, Wickersham & Taft LLP**
Address Line 2:  **1919 Pennsylvania Avenue NW**
City:   **Washington**  State: **DC**  Zip Code: **20006**

Name:                **Schrieber, Zachary P. Esquire**
Appearance Date: **02/04/2025**
Address Line 1:    **200 Liberty Street**
City:                **NEW YORK**   State:  **NY**   Zip Code:  **10281**

---

## Plaintiff

Name: **Engelhorn, Trustee, Claudia**

Address: **2127 Espey Court**
            **Suite 204**
City:      **Crofton**   State:  **MD**   Zip Code:  **21114**

### Attorney(s) for the Plaintiff

Name:                **HENDERSON, WES P.**
Appearance Date: **09/10/2024**
Address Line 1:    **HENDERSON LAW, LLC**
Address Line 2:    **2127 ESPEY COURT**
Address Line 3:    **SUITE 204**
City:                **CROFTON**   State:  **MD**   Zip Code:  **21114**

Name:                **GARDINER, PATRICK D.**
Appearance Date: **11/21/2024**
Address Line 1:    **HENDERSON LAW, LLC**
Address Line 2:    **2127 ESPEY COURT**
Address Line 3:    **SUITE 204**
City:                **CROFTON**   State:  **MD**   Zip Code:  **21114**

---

## Plaintiff

Name: **Engelhorn, Claudia**

Address: **2127 Espey Court**
            **Suite 204**
City:      **Crofton**   State:  **MD**   Zip Code:  **21114**

### Attorney(s) for the Plaintiff

Name:                **HENDERSON, WES P.**
Appearance Date: **09/10/2024**
Address Line 1:    **HENDERSON LAW, LLC**
Address Line 2:    **2127 ESPEY COURT**
Address Line 3:    **SUITE 204**
City:                **CROFTON**   State:  **MD**   Zip Code:  **21114**

Name:                **GARDINER, PATRICK D.**

Appearance Date: **11/21/2024**
Address Line 1:    **HENDERSON LAW, LLC**
Address Line 2:    **2127 ESPEY COURT**
Address Line 3:    **SUITE 204**
City:    **CROFTON**   State:  **MD**   Zip Code:  **21114**

---

## Defendant

Name: **Tenacity Investments, LLC**

Address: **S/O: Mike Postal**
**7333 New Hampshire Avenue**
City:    **Takoma Park**   State:  **MD**   Zip Code:  **20912**

## Attorney(s) for the Defendant

Name:    **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:    **11/04/2024**
Address Line 1:    **Zuckerman Spaeder LLP**
Address Line 2:    **100 East Pratt Street**
Address Line 3:    **Suite 2440**
City:    **BALTIMORE**   State:  **MD**   Zip Code:  **21202**

---

## Defendant

Name: **Whiteford, Taylor & Preston, LLP**

Address: **S/O: Resagent, Inc.**
**Seven St. Paul Street, Suite 1900**
City:    **Baltimore**   State:  **MD**   Zip Code:  **21202**

## Attorney(s) for the Defendant

Name:    **Connolly, John J**
Appearance Date: **10/23/2024**
Address Line 1:    **Zuckerman Spaeder LLP**
Address Line 2:    **100 East Pratt Street**
Address Line 3:    **Suite 2440**
City:    **Baltimore**   State:  MD   Zip Code:  **21202**

Name:    **MURPHY, WILLIAM JAMES**
Appearance Date: **10/23/2024**
Address Line 1:    **ZUCKERMAN SPAEDER LLP**
Address Line 2:    **100 E PRATT ST**
Address Line 3:    **STE 2440**
City:    **BALTIMORE**   State:  **MD**   Zip Code:  **21202**

Name: **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Address Line 1: **Zuckerman Spaeder LLP**
Address Line 2: **100 East Pratt Street**
Address Line 3: **Suite 2440**
City: **BALTIMORE** State: **MD** Zip Code: **21202**

## Defendant

Name: **Postal, Michael**

Address: **4302 Broken Arrow Court**
        **Apt. 606**
City: **Clinton** State: **MD** Zip Code: **20735**

## Attorney(s) for the Defendant

Name: **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date: **11/13/2024**
Address Line 1: **Zuckerman Spaeder LLP**
Address Line 2: **100 East Pratt Street**
Address Line 3: **Suite 2440**
City: **BALTIMORE** State: **MD** Zip Code: **21202**

## Mediator / ADR Practitioner

Name: **Warshaw, Michael S**

## Aliases

Standard : **WARSHAW, MICHAEL STUART**

## Plaintiff

Name: **White Pearl, LLC**

Address: **1209 Orange Street**
City: **Wilmington** State: **DE** Zip Code: **19801**

## Attorney(s) for the Plaintiff

Name: **HENDERSON, WES P.**
Appearance Date: **09/10/2024**
Address Line 1: **HENDERSON LAW, LLC**
Address Line 2: **2127 ESPEY COURT**
Address Line 3: **SUITE 204**

City:          **CROFTON**    State:  **MD**    Zip Code:  **21114**

Name:          **GARDINER, PATRICK D.**
Appearance Date: **11/21/2024**
Address Line 1:   **HENDERSON LAW, LLC**
Address Line 2:   **2127 ESPEY COURT**
Address Line 3:   **SUITE 204**
City:          **CROFTON**    State:  **MD**    Zip Code:  **21114**

## Defendant

Name: **Bolog, Trustee, Erik D**

Address: **The Bolog Law Group**
          **1763 Columbia Road, NW, Suite 450N**
City:     **Washington**    State:  **DC**    Zip Code:  **20018**

## Attorney(s) for the Defendant

Name:          **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:    **11/04/2024**
Address Line 1:   **Zuckerman Spaeder LLP**
Address Line 2:   **100 East Pratt Street**
Address Line 3:   **Suite 2440**
City:          **BALTIMORE**    State:  **MD**    Zip Code:  **21202**

Name:          **GANSLER, DOUGLAS FRIEND**
Appearance Date: **11/18/2024**
Address Line 1:   **Cadwalader, Wickersham & Taft LLP**
Address Line 2:   **1919 Pennsylvania Ave, NW**
City:          **Washington**    State:  **DC**    Zip Code:  **20006**

Name:          **HOWARD, JOHN BURNSIDE Jr.**
Appearance Date: **11/18/2024**
Address Line 1:   **Cadwalader, Wickersham & Taft LLP**
Address Line 2:   **1919 Pennsylvania Avenue NW**
City:          **Washington**    State:  **DC**    Zip Code:  **20006**

Name:          **Schrieber, Zachary P. Esquire**
Appearance Date: **02/04/2025**
Address Line 1:   **200 Liberty Street**
City:          **NEW YORK**    State:  **NY**    Zip Code:  **10281**

## Defendant

Name: **Science Park Associates, LLC**

Address: **S/O : Erik D. Bolog, Esq.**
       **8938 Abbey Terrace**
City:    **POTOMAC**   State: **MD**   Zip Code:  **20854**

## Attorney(s) for the Defendant

Name:        **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:  **11/04/2024**
Address Line 1:  **Zuckerman Spaeder LLP**
Address Line 2:  **100 East Pratt Street**
Address Line 3:  **Suite 2440**
City:        **BALTIMORE**   State: **MD**   Zip Code:  **21202**

Name:        **GANSLER, DOUGLAS FRIEND**
Appearance Date: **11/18/2024**
Address Line 1:  **Cadwalader, Wickersham & Taft LLP**
Address Line 2:  **1919 Pennsylvania Ave, NW**
City:        **Washington**   State: **DC**   Zip Code:  **20006**

Name:        **HOWARD, JOHN BURNSIDE Jr.**
Appearance Date: **11/18/2024**
Address Line 1:  **Cadwalader, Wickersham & Taft LLP**
Address Line 2:  **1919 Pennsylvania Avenue NW**
City:        **Washington**   State: **DC**   Zip Code:  **20006**

Name:        **Schrieber, Zachary P. Esquire**
Appearance Date: **02/04/2025**
Address Line 1:  **200 Liberty Street**
City:        **NEW YORK**   State: **NY**   Zip Code:  **10281**

---

## Defendant

Name: **Swain Landing LaPlata JC, LLC**

Address: **S/O: Anjon Jones**
       **4302 Broken Arrow Court**
City:    **Clinton**   State: **MD**   Zip Code:  **20735**

## Attorney(s) for the Defendant

Name:        **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:  **11/04/2024**
Address Line 1:  **Zuckerman Spaeder LLP**
Address Line 2:  **100 East Pratt Street**
Address Line 3:  **Suite 2440**
City:        **BALTIMORE**   State: **MD**   Zip Code:  **21202**

## Defendant

Name: **POJO LaPlata LLC**

Address: **S/O: Anjon Jones**
        **4302 Broken Arrow Court**
City:   **Clinton**   State: **MD**   Zip Code: **20735**

## Attorney(s) for the Defendant

Name:       **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:   **11/04/2024**
Address Line 1:   **Zuckerman Spaeder LLP**
Address Line 2:   **100 East Pratt Street**
Address Line 3:   **Suite 2440**
City:         **BALTIMORE**   State: **MD**   Zip Code: **21202**

---

## Defendant

Name: **Darnestown Road, Inc.**

Address: **S/O: Erik D. Bolog**
        **8938 Abbey Terrace**
City:   **Potomac**   State: **MD**   Zip Code: **20854**

## Attorney(s) for the Defendant

Name:       **MacKinnon Morrow, Kirk E.**
Appearance Date: **11/04/2024**
Removal Date:   **11/04/2024**
Address Line 1:   **Zuckerman Spaeder LLP**
Address Line 2:   **100 East Pratt Street**
Address Line 3:   **Suite 2440**
City:         **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:       **GANSLER, DOUGLAS FRIEND**
Appearance Date: **11/18/2024**
Address Line 1:   **Cadwalader, Wickersham & Taft LLP**
Address Line 2:   **1919 Pennsylvania Ave, NW**
City:         **Washington**   State: **DC**   Zip Code: **20006**

Name:       **HOWARD, JOHN BURNSIDE Jr.**
Appearance Date: **11/18/2024**
Address Line 1:   **Cadwalader, Wickersham & Taft LLP**
Address Line 2:   **1919 Pennsylvania Avenue NW**
City:         **Washington**   State: **DC**   Zip Code: **20006**

Name: **Schrieber, Zachary P. Esquire**
Appearance Date: **02/04/2025**
Address Line 1: **200 Liberty Street**
City: **NEW YORK**  State: **NY**  Zip Code: **10281**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| **Hearing - Motion** | **01/27/2025** | **10:30:00** | **Geller, Jeffrey M.** | **Civil Calendar** | | **Concluded / Held** |
| **Hearing - Motion** | **06/11/2025** | **09:30:00** | **Cucuzzella, Paul** | **Civil Calendar** | **Room 417M** | **CancelledReason: Case Closed** |
| **Hearing - Motion** | **06/11/2025** | **09:30:00** | **Cucuzzella, Paul** | **Civil Calendar** | **Room 417M** | **Concluded / Held** |
| **Conference - Pre-Trial** | **01/12/2026** | **09:30:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |
| **Trial - Jury** | **02/12/2026** | **09:30:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |
| **Conference - Pre-Trial** | **04/13/2026** | **10:00:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |
| **Conference - Pre-Trial** | **04/13/2026** | **10:00:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |
| **Trial - Jury** | **06/15/2026** | **09:30:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |
| **Trial - Jury** | **06/15/2026** | **09:30:00** | | **Civil Calendar** | | **CancelledReason: Case Closed** |

## Document Information

File Date: **09/10/2024**
Document Name: **Complaint / Petition**
Comment: **Complaint and Demand for Jury Trial**

File Date: **09/10/2024**
Document Name: **Case Information Report Filed**
Comment: **Civil - Non-Domestic Case Information Report**

File Date: **09/12/2024**
Document Name: **Summons Issued (Service Event) - New Case**
Comment:

File Date: **09/12/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **17980509 # for 4 out of 5 writ of summons issued**

File Date: **10/14/2024**

Document Name: **Return of Service - Not Served**

Comment: **Affidavit of Non Service- Science Park Associates, LLC**

---

File Date: **10/14/2024**

Document Name: **Return of Service - Served**

Comment: **Affidavit of Service- Science Park Associates, LLC - SDAT**

---

File Date: **10/14/2024**

Document Name: **Return of Service - Served**

Comment: **Affidavit of Service- POJO LaPlata, LLC**

---

File Date: **10/14/2024**

Document Name: **Return of Service - Not Served**

Comment: **Affidavit of Non Service- Darnestown Road, Inc.**

---

File Date: **10/14/2024**

Document Name: **Return of Service - Served**

Comment: **Affidavit of Service- Darnestown Road, Inc. - SDAT**

---

File Date: **10/19/2024**

Document Name: **Return of Service - Served**

Comment: **Affidavit of Service- Swain Landing LaPlata JC, LLC**

---

File Date: **10/23/2024**

Document
Name: **Stipulation**

Comment: **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT WHITEFORD TAYLOR &amp; PRESTON, LLP TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

File Date: **10/31/2024**

Document Name: **Notice of Service**

Comment: **Notice of Service of RFAs to Defendant WTP**

---

File Date: **10/31/2024**

Document Name: **Complaint - Amended**

Comment: **Amended Complaint and Demand for Jury Trial**

---

File Date: **10/31/2024**

Document Name: **Miscellaneous Document**

Comment: **Comparison Copy of Amended Complaint**

---

File Date:        **11/04/2024**
Document Name: **Attorney Appearance - $20 Fee**
Comment:        **NOTICE OF APPEARANCE**

---

File Date:        **11/14/2024**
Document Name: **Return of Service - Served**
Comment:        **Affidavit of Service - Tenacity Investments, LLC to SDAT**

---

File Date:        **11/14/2024**
Document Name: **Return of Service - Not Served**
Comment:        **Affidavit of Non Service- Tenacity Investments, LLC**

---

File Date:        **11/15/2024**
Document
Name:          **Motion / Request - To Dismiss**

Comment:       **DEFENDANT WHITEFORD, TAYLOR &amp; PRESTON LLP'S PETITION FOR AN ORDER
COMPELLING ARBITRATION AND STAYING PROCEEDINGS AND MOTION TO DISMISS OR STAY
(HEARING REQUESTED)**

---

File Date:        **11/15/2024**
Document
Name:          **Memorandum**

Comment:       **MEMORANDUM IN SUPPORT OF DEFENDANT WHITEFORD, TAYLOR &amp; PRESTON LLP'S
PETITION FOR AN ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS AND
MOTION TO DISMISS OR STAY**

---

File Date:        **11/15/2024**
Document Name: **Affidavit**
Comment:        **AFFIDAVIT OF C. ALLEN FOSTER**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:        **EXHIBIT A(1) - 1559a Attachment to Bolog to Bussman re Engagement Letter**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:        **EXHIBIT A(2) - Bolog to Bussman re Engagement Letter**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:        **EXHIBIT A(3) - 2019-10-14 Bussman to Bolog**

---

File Date:        **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(4) - 2020-02-11 1458 West to Engelhorn**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(5) - 2020-02-11 1458-a West to Engelhorn**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(6) - 2020-02-12 1730 Bolog-Engelhorn String**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(7) - 2020-02-12 1818 Bolog to Bussman**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(8) - 2020-02-12 1818 Bolog to Bussman-a**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(9) - 2020-02-20 1434 West to Engelhorn**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(10) - 2020-02-20 1434a West to Engelhorn**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(11) - 2020-02-27 1543 Bolog to Engelhorn**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(12) - 2020-02-27 1620 Greenberg Traurig to Bolog**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(13) - 2020-02-28 Bolog to West**

---

File Date:      **11/15/2024**

Document Name: **Supporting Exhibit**

Comment:        **EXHIBIT A(14) - CE Sig Page 1**

File Date:        **11/15/2024**
Document Name: **Affidavit**
Comment:          **AFFIDAVIT OF WILLIAM J. MURPHY**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:          **EXHIBIT B(1) - 2023-05-25 Dentons to Zuckerman Email**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:          **EXHIBIT B(2) - 2021-10-11 Notice of Gift from C. Engelhorn to E. Bolog**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:          **EXHIBIT B(3) - 2021-10-11 JAREB Irrevocable Trust Agreement**

---

File Date:        **11/15/2024**
Document Name: **Supporting Exhibit**
Comment:          **EXHIBIT B(4) - 2021-10-12 Transfer Instructions from C. Engelhorn to BoA**

---

File Date:        **11/18/2024**
Document Name: **Attorney Appearance - $20 Fee**
Comment:          **Notice of Appearance of Douglas F. Gansler**

---

File Date:        **11/18/2024**
Document Name: **Attorney Appearance - $20 Fee**
Comment:          **Notice of Appearance of John B. Howard, Jr.**

---

File Date:        **11/18/2024**
Document Name: **Motion**
Comment:          **Defendants Bolog, Science Park, and Darnestown's Motions (A) To Strike, (B) For A More Definite Statement, and (C) To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, dated November 18, 2024**

---

File Date:        **11/21/2024**
Document Name: **Consent Motion**
Comment:          **Consent Motion to Extend Response Deadlines**

---

File Date:        **11/25/2024**
Document Name: **Order - Motion/Request/Petition Granted**
Comment:

File Date: **11/25/2024**

Document Name: **Writ /Summons/Pleading – Electronic Service**

Comment: **Order**

---

File Date: **12/02/2024**

Document
Name: **Notice of Service**

Comment: **DEFENDANT WHITEFORD, TAYLOR &amp; PRESTON LLP'S NOTICE OF SERVICE OF
DISCOVERY**

---

File Date: **12/17/2024**

Document
Name: **Opposition**

Comment: **Plaintiff's Response in Opposition to Defendant Whiteford Taylor &amp; Preston, LLPs Petition
for an Order Compelling Arbitration and Staying Proceedings and Motion to Stay (Hearing
Requested)**

---

File Date: **12/17/2024**

Document Name: **Supporting Exhibit**

Comment: **Exhibit A**

---

File Date: **12/17/2024**

Document Name: **Supporting Exhibit**

Comment: **Exhibit B**

---

File Date: **12/17/2024**

Document Name: **Supporting Exhibit**

Comment: **Exhibit C**

---

File Date: **12/17/2024**

Document Name: **Supporting Exhibit**

Comment: **Exhibit D**

---

File Date: **12/17/2024**

Document Name: **Supporting Exhibit**

Comment: **Exhibit E**

---

File Date: **12/17/2024**

Document
Name: **Opposition**

Comment: **PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT WHITEFORD, TAYLOR &amp;
PRESTON, LLPS MOTION TO DISMISS (Hearing Requested)**

---

File Date:       **12/17/2024**

Document
Name:            **Opposition**

Comment:         **PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS BOLOG, SCIENCE PARK, AND
                 DARNESTOWNS MOTIONS (A) TO STRIKE, (B) FOR A MORE DEFINITE STATEMENT, AND (C) TO
                 DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (Hearing
                 Requested)**

---

File Date:       **12/17/2024**

Document
Name:            **Response/Reply**

Comment:         **Defendants Bolog, Science Park, and Darnestown Road's Response to Whiteford, Taylor &amp;
                 Preston LLP's Petition for an Order Compelling Arbitration and Motion to Stay Proceedings,
                 dated December 17, 2024**

---

File Date:       **12/17/2024**

Document
Name:            **Notice of Service**

Comment:         **Defendants Bolog, Science Park, and Darnestown Road's Notice of Service of Responses and
                 Objections to Plaintiff's Discovery Requests, dated December 17, 2024**

---

File Date:       **12/18/2024**

Document Name:   **Set for Trial / Hearing**

Comment:

---

File Date:       **12/23/2024**

Document
Name:            **Motion**

Comment:         **Defendants Bolog, Science Park, and Darnestown Road's Motion for a Protective Order,
                 dated December 23, 2024**

---

File Date:       **12/23/2024**

Document Name:   **Affidavit**

Comment:         **Affidavit of Douglas F. Gansler, dated December 23, 2024**

---

File Date:       **12/23/2024**

Document Name:   **Supporting Exhibit**

Comment:         **Exhibit A - Letter from Wes Henderson**

---

File Date:       **01/03/2025**

Document Name:   **Motion for Alternative Service**

Comment:         **Motion for Alternative Service on Michael Postal**

---

File Date:       **01/03/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit A re Motion for Alternative Service on Michael Postal**

---

File Date:        **01/03/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit B re Motion for Alternative Service on Michael Postal**

---

File Date:        **01/03/2025**

Document
Name:             **Reply to Opposition**

Comment:          **Reply memo in support of Defendant Whiteford's petition for an order compelling arbitration
and staying proceedings**

---

File Date:        **01/03/2025**

Document Name: **Affidavit**

Comment:          **Revised Affidavit of C. Allen Foster**

---

File Date:        **01/03/2025**

Document
Name:             **Response/Reply**

Comment:          **Defendant Whiteford's Reply to Bolog Defendants' Response to Petition to Compel
Arbitration**

---

File Date:        **01/07/2025**

Document
Name:             **Opposition**

Comment:          **Plaintiffs Response in Opposition to Defendants Bologs, Science Parks, and Darnestown
Roads Motion for Protective Order**

---

File Date:        **01/07/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit A**

---

File Date:        **01/07/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit B**

---

File Date:        **01/07/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit C**

---

File Date:        **01/09/2025**

| | |
|---|---|
| Document Name: | **Reply to Opposition** |
| Comment: | **Defendants Bolog, Science Park, and Darnestown Road's Reply in Support of Motions to Strike, for a More Definite Statement, and to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted** |

---

| | |
|---|---|
| File Date: | **01/09/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit A - Notice of Gift** |

---

| | |
|---|---|
| File Date: | **01/10/2025** |
| Document Name: | **Memorandum** |
| Comment: | **REPLY MEMORANDUM IN SUPPORT OF DEFENDANT WHITEFORD, TAYLOR &amp; PRESTON LLP'S MOTION TO DISMISS** |

---

| | |
|---|---|
| File Date: | **01/10/2025** |
| Document Name: | **Memorandum** |
| Comment: | **Supplement to Plaintiffs Response in Opposition to Defendant Whiteford, Taylor &amp; Preston, LLPs Petition for an Order Compelling Arbitration and Staying Proceedings and Motion to Stay** |

---

| | |
|---|---|
| File Date: | **01/10/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit F Engelhorn Affidavit** |

---

| | |
|---|---|
| File Date: | **01/16/2025** |
| Document Name: | **Motion / Request - For Special Admission of Attorney** |
| Comment: | **Motion for Special Admission of Out-Of-State Attorney Under Rule 19-217** |

---

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Hearing Sheet** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Order** |
| Comment: | **ORDERED THAT THE MOTION IS GRANTED, (SEE ORIGINAL ORDER)** |

---

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Copies Mailed** |
| Comment: | |

---

| | |
|---|---|
| File Date: | **01/27/2025** |

Document Name: **Writ /Summons/Pleading – Electronic Service**
Comment: **order/electronic service**

---

File Date: **01/27/2025**
Document Name: **Writ /Summons/Pleading – Electronic Service**
Comment: **Summons**

---

File Date: **01/31/2025**
Document Name: **Order**
Comment: **ordered that defendant's motion for a protective order is denied as moot.**

---

File Date: **01/31/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date: **01/31/2025**
Document Name: **Writ /Summons/Pleading – Electronic Service**
Comment: **order/electronic service**

---

File Date: **02/04/2025**
Document Name: **Order**
Comment: **SEE ORIGINAL ORDER**

---

File Date: **02/04/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date: **02/04/2025**
Document Name: **Writ /Summons/Pleading – Electronic Service**
Comment: **order/electronic service**

---

File Date: **02/05/2025**
Document Name: **Case Information Report Filed**
Comment: **Civil Non-Domestic Case Information Report**

---

File Date: **02/05/2025**
Document Name: **Complaint - Amended**
Comment: **Second Amended Complaint and Demand for Jury Trial**

---

File Date: **02/05/2025**
Document Name: **Miscellaneous Document**
Comment: **Comparison Copy of Second Amended Complaint**

File Date:    **02/11/2025**
Document Name: **Answer**
Comment:    **ANSWER OF DEFENDANT WHITEFORD, TAYLOR &amp; PRESTON**

---

File Date:    **02/11/2025**
Document Name: **Case Information Report Filed**
Comment:    **CIVIL - NON-DOMESTIC CASE INFORMATION SHEET**

---

File Date:    **02/11/2025**
Document Name: **Notice of Discovery**
Comment:    **NOTICE OF SERVICE OF DISCOVERY MATERIAL**

---

File Date:    **02/13/2025**
Document Name: **Scheduling Order**
Comment:

---

File Date:    **02/18/2025**
Document Name: **Order**
Comment:    **ORDERED that the Motion shall be, and hereby is, DENIED.**

---

File Date:    **02/18/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date:    **02/18/2025**
Document Name: **Order - Motion/Request/Petition Denied**
Comment:    **ORDERED that the Motions shall be, and hereby are, DENIED; it is further ORDERED that Plaintiff Claudia Engelhorn shall comply with Md. Rule 1-301 within 15 days of this Order by supplying her address. The amendment may be by interlineation, as adding an address is not a substantive change to the Amended Complaint.**

---

File Date:    **02/18/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date:    **02/18/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:    **Order**

---

File Date:    **02/18/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**

Comment: **Order**

---

File Date: **02/18/2025**
Document Name: **Notice of Discovery**
Comment: **NOTICE OF SERVICE OF DISCOVERY**

---

File Date: **02/18/2025**
Document Name: **Motion**
Comment: **Motion for commission to issue subpoena to out-of-state witness**

---

File Date: **02/19/2025**
Document Name: **Order - Mediation**
Comment:

---

File Date: **02/20/2025**
Document Name: **Answer**
Comment: **The Bolog Defendants' Answer to the Second Amended Complaint, dated February 20, 2025**

---

File Date: **02/20/2025**
Document Name: **Case Information Report Filed**
Comment: **Civil-Non-Domestic Case Information Sheet**

---

File Date: **02/21/2025**
Document Name: **Notice of Discovery**
Comment: **Notice of Service of Discovery Materials**

---

File Date: **02/21/2025**
Document Name: **Notice of Service**
Comment: **Notice of Service of Discovery Material (supp rog rfp responses)**

---

File Date: **03/17/2025**
Document Name: **Motion - Compel**
Comment: **Plaintiff's Motion to Compel Discovery Responses**

---

File Date: **03/17/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit A**

---

File Date: **03/17/2025**
Document Name: **Supporting Exhibit**

Comment:        **Exhibit B**

---

File Date:        **03/17/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit C**

---

File Date:        **03/17/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit D**

---

File Date:        **03/17/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit E**

---

File Date:        **03/18/2025**
Document Name: **Line**
Comment:        **Line Regarding Defendant Whiteford, Taylor &amp; Preston LLPs Motion for Commission to Issue Subpoena to Out-of-State Witness**

---

File Date:        **03/24/2025**
Document Name: **Counter Complaint / Claim**
Comment:        **The Bolog Defendants' Counterclaims, dated March 24, 2025**

---

File Date:        **03/24/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit A - Henderson Letter to Murphy**

---

File Date:        **03/24/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit B - Whitewater Revocable Trust**

---

File Date:        **03/24/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit C - Notice of Gift**

---

File Date:        **03/24/2025**
Document Name: **Supporting Exhibit**
Comment:        **Exhibit D - C. Engelhorn Email to E. Bolog**

---

File Date:        **03/26/2025**
Document Name: **Notice of Service**

Comment:    **Notice of Service of Discovery Material (Whiteford responses to White Pearl RFPs)**

---

File Date:    **04/01/2025**

Document Name: **Order - Motion/Request/Petition Granted**

Comment:

---

File Date:    **04/01/2025**

Document Name: **Writ /Summons/Pleading – Electronic Service**

Comment:    **Order of Court**

---

File Date:    **04/01/2025**

Document Name:    **Notice of Service**

Comment:    **The Bolog Defendants' Notice of Service of Responses and Objections to Plaintiff's Discovery Requests**

---

File Date:    **04/01/2025**

Document Name:    **Opposition**

Comment:    **Bolog Defendants' Opposition to Plaintiff Claudia Engelhorn's Motion to Compel Discovery Responses**

---

File Date:    **04/01/2025**

Document Name: **Affidavit**

Comment:    **Affidavit of Douglas F. Gansler**

---

File Date:    **04/01/2025**

Document Name: **Supporting Exhibit**

Comment:    **Exhibit A - Whitewater Trust Agreement**

---

File Date:    **04/01/2025**

Document Name: **Supporting Exhibit**

Comment:    **Exhibit B - March 27, 2025 Arbitration Letter**

---

File Date:    **04/04/2025**

Document Name: **Reply to Opposition**

Comment:    **Reply in Support of Plaintiff Claudia Engelhorn's Motion to Compel**

---

File Date:    **04/04/2025**

Document Name: **Supporting Exhibit**

Comment:    **Exhibit A**

---

File Date:        **04/04/2025**

Document
Name:             **Motion - Default**

Comment:          **AMENDMENT BY INTERLINEATION OF PLAINTIFFS REPLY IN SUPPORT OF PLAINTIFFS
                  MOTION TO COMPEL**

---

File Date:        **04/09/2025**
Document Name:    **Order**
Comment:

---

File Date:        **04/09/2025**
Document Name:    **Writ /Summons/Pleading – Electronic Service**
Comment:          **Order Regarding Motion to Compel**

---

File Date:        **04/18/2025**
Document Name:    **Petition**
Comment:          **Bolog Defendants' Petition for an Order Compelling Arbitration and Staying Proceedings**

---

File Date:        **04/18/2025**
Document Name:    **Supporting Exhibit**
Comment:          **A - Whitewater Revocable Trust dated September 30, 2021**

---

File Date:        **04/18/2025**
Document Name:    **Supporting Exhibit**
Comment:          **B - 2025.03.27 - E. Bolog Letter re Arbitration and Payments Under WWT**

---

File Date:        **04/18/2025**
Document Name:    **Supporting Exhibit**
Comment:          **C - April 4, 2025 Letter**

---

File Date:        **04/18/2025**
Document Name:    **Supporting Exhibit**
Comment:          **D - Letter to Mike Postal dated April 17, 2024**

---

File Date:        **04/22/2025**
Document Name:    **Motion / Request - To Dismiss**
Comment:          **Counter-Defendant's Motion to Dismiss Counterclaim**

---

File Date:        **04/25/2025**
Document
Name:             **Notice of Service**

Comment:          **The Bolog Defendants' Notice of Service of Responses and Objections to Plaintiff's Discovery
                  Requests, dated April 24, 2025**

File Date: **05/05/2025**
Document Name: **Opposition**
Comment: **PLAINTIFFS RESPONSE IN OPPOSITION TO THE BOLOG DEFENDANTS PETITION FOR AN ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS**

---

File Date: **05/05/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit 1**

---

File Date: **05/05/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit 2**

---

File Date: **05/05/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit 3**

---

File Date: **05/05/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit 4**

---

File Date: **05/06/2025**
Document Name: **Notice of Service**
Comment: **Copies of Amended Notice of Deposition ad Testificandum (Jennifer M. Shaw)-05/06/2025**

---

File Date: **05/06/2025**
Document Name: **Motion / Petition to Extend Time**
Comment:

---

File Date: **05/07/2025**
Document Name: **Consent Motion**
Comment: **Consent Motion to Modify Scheduling Order**

---

File Date: **05/09/2025**
Document Name: **Order**
Comment: **Upon consideration of the Parties Consent Motion to Modify Scheduling Order, and upon a finding of good cause, it is this 8thday of May .2025 hereby: ORDERED, that the Consent Motion to Modify Scheduling Order is GRANTED; and the Scheduling Order is modified as follows:**

---

File Date: **05/09/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date: **05/09/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order/electronic service**

---

File Date: **05/14/2025**
Document Name: **Notice of Service**
Comment: **NOTICE OF SERVICE OF DISCOVERY MATERIAL**

---

File Date: **05/14/2025**
Document Name: **Line**
Comment: **Line Enclosing Amended Scheduling Order**

---

File Date: **05/14/2025**
Document Name: **Amended Order**
Comment:

---

File Date: **05/14/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **Order of Court**

---

File Date: **05/15/2025**
Document Name: **Order**
Comment: **ORDERED, that the Consent Motion to Extend Response Deadline is, GRANTED; and it is further ORDERED, that date by which Counterclaim-Plaintiffs Erk D. Bolog, Darnestown Road, Inc., and Science Park Associates LLC must respond to the Motion to Dismiss Counterclaim filed by Defendants Claudia Engelhorn as an individual and as trustee of the Whitewater Revocable Trust, dated September 30, 2021, will be June 6, 2025.**

---

File Date: **05/15/2025**
Document Name: **Copies Mailed**
Comment:

---

File Date: **05/15/2025**
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **order/electronic service**

---

File Date: **05/15/2025**
Document Name: **Suggestion of Bankruptcy**

Comment:          **Suggestion of Bankruptcy**

---

File Date:        **05/15/2025**
Document Name:    **Suggestion of Bankruptcy**
Comment:          **Suggestion of Bankruptcy**

---

File Date:        **05/19/2025**
Document
Name:             **Order**
Comment:          **ORDERED that this action is STAYED as to Defendant Swain Landing; See Order for Further Details**

---

File Date:        **05/19/2025**
Document Name:    **Copies Mailed**
Comment:

---

File Date:        **05/19/2025**
Document Name:    **Writ /Summons/Pleading - Electronic Service**
Comment:          **Order**

---

File Date:        **05/23/2025**
Document Name:    **Motion for Sanctions**
Comment:          **Plaintiff's Motion for Sanctions**

---

File Date:        **05/23/2025**
Document Name:    **Motion / Request - For Special Admission of Attorney**
Comment:          **MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY**

---

File Date:        **05/23/2025**
Document Name:    **Supporting Exhibit**
Comment:          **Out of State Attorney's Certificate as to Special Admissions**

---

File Date:        **05/27/2025**
Document Name:    **Notice of Discovery**
Comment:          **Notice of Service of Discovery Materials**

---

File Date:        **05/27/2025**
Document Name:    **Notice of Discovery**
Comment:          **Notice of Service of Discovery Materials**

---

File Date:        **05/28/2025**
Document Name:    **Notice of Discovery**

Comment: **Notice of Service of Discovery Materials**

---

File Date: **06/04/2025**

Document Name: **Order - Motion/Request/Petition Denied**

Comment:

---

File Date: **06/04/2025**

Document Name: **Writ /Summons/Pleading – Electronic Service**

Comment: **Order of Court**

---

File Date: **06/06/2025**

Document Name: **Opposition**

Comment: **Counterclaim Plaintiffs' Opposition to Counterclaim Defendants' Motion to Dismiss Counterclaims (Hearing Requested), dated June 6, 2025**

---

File Date: **06/06/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit A - Excerpts of Mayo Deposition**

---

File Date: **06/09/2025**

Document Name: **Motion - Reconsideration**

Comment: **Motion to Reconsider Order Denying Bolog Defendants' Petition for an Order Compelling Arbitration and Staying Proceedings (Hearing Requested), dated June 9, 2025**

---

File Date: **06/09/2025**

Document Name: **Affidavit**

Comment: **Affidavit of Erik D. Bolog**

---

File Date: **06/09/2025**

Document Name: **Affidavit**

Comment: **Affidavit of Douglas F. Gansler**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit A - Whitewater Trust Agreement**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit B - Bolog Defendants Counterclaims**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit C - Bolog Defendants Response to WTP Petition for Arbitration**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit D - American Arbitration Association Rules and Mediation Procedures**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit E - Letter from Dentons to Michael Postal**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit F - Excerpts of January 27, 2025 Hearing**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit G - Second Amended Complaint**

---

File Date: **06/09/2025**

Document Name: **Opposition**

Comment: **Bolog Defendants' Opposition to Plaintiff's Motion for Sanctions (Hearing Requested), dated June 9, 2025**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit A - Email from P. Gardiner to D. Gansler**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit B - Defendant Darnestown Road Second Supplemental R&amp;Os to Interrogatories**

---

File Date: **06/09/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit C - Defendant Darnestown Road Second Supplemental R&amp;Os to Document Requests**

---

File Date: **06/10/2025**

Document Name: **Notice Filed**

Comment: **Notice of Removal**

---

File Date: **06/11/2025**

Document Name: **Hearing Sheet**

Comment:

---

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **09/12/2024** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114