**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division**

|  |  |  |
|---|---|---|
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
|  | * |  |
| **Plaintiffs** | * |  |
|  | * |  |
| *v.* | * | Case No.: C-24-CV-002631 |
|  | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
|  | * |  |
|  | * | Related to Docket Nos. 3 and |
| **Defendants** | * |  |

**************************************************************************

## ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION

Upon consideration of the Plaintiffs' Expedited Motion for Extension of Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3) Pursuant to Local Rule 9006-2and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED**; AND IT IS FURTHER

**ORDERED** that Plaintiffs' Deadline to oppose (1) the Motion for Reconsideration and (2) the Debtor's Motion to Transfer Venue is extended to 14 days following a ruling on Plaintiffs' forthcoming motion seeking abstention and/or remand.

[Alternatively]

**ORDERED** that in the interim, the requested relief is delayed with a final hearing to occur during the status conference set for July 17, 2025.

**End of Order**

cc:

All counsel of record