**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | ) | United States Bankruptcy Court |
| | ) | for the District of Columbia |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Claudia Engelhorn, *et al.* | ) | Case No. 25-00159 |
| | ) | United States Bankruptcy Court |
| Plaintiffs, | ) | for the District of Maryland |
| | ) | |
| v. | ) | |
| | ) | |
| Erik D. Bolog, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER DENYING EXPEDITED MOTION
BY PLAINTIFFS/COUNTER-DEFENDANTS FOR EXTENSION OF TIME
TO OPPOSE MOTION TO RECONSIDER AND MOTION TO
TRANSFER VENUE (DOCKET NO. 3) PURSUANT TO LOCAL RULE 9006-2**

Upon consideration of the Expedited Motion by Plaintiffs/Counter-Defendants for Extension of Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3) Pursuant to Local Rule 9006-2 (the "Motion," as found at DE #7), the opposition of the debtor thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

Copies: All counsel of record