# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 25-184-ELG |
| SWAIN LANDING LaPLATA JC, LLC | U.S. Bankruptcy Court for the District of Columbia |
| Debtor. | |
| CLAUDIA ENGELHORN, *et al.*, | |
| Plaintiffs, | Case No. 25-00159 U.S. Bankruptcy Court for the District of Maryland |
| v. | |
| ERIK D. BOLOG, *et al.*, | Case No. C-24-CV-002631 Circuit Court for Baltimore City, Maryland |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of John J. Connolly as counsel for Whiteford, Taylor & Preston LLP in the captioned action.

Dated: June 24, 2025

Respectfully submitted,

By: /s/ John J. Connolly
    William J. Murphy (#01340)
    John J. Connolly (#09537)

ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21201
410 332 0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Attorneys for Defendant Whiteford, Taylor & Preston LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2025, a copy of the foregoing was served in the manner indicated on the following persons:

| | |
|---|---|
| Douglas Gansler<br>Matthew Karlan<br>Cadwalader, Wickersham & Taft LLP<br>1919 Pennsylvania Avenue NW<br>Washington, DC 20006<br><br>*Counsel for Defendants Erik D. Bolog; Erik D. Bolog, Trustee, JAREB Irrevocable Trust Agreement; Science Park Associates, LLC; Darnestown Road, Inc.*<br><br>By email to:<br>Douglas.Gansler@cwt.com<br>Matthew.Karlan@cwt.com | Wes P. Henderson<br>Patrick D. Gardiner<br>Henderson Law, LLC<br>2127 Espey Court, Suite 204<br>Crofton, MD 21114<br><br>*Counsel for Plaintiffs*<br><br>By email to:<br>wph@hendersonlawllc.com<br>patrick@hendersonlawllc.com |
| Michael Postal<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br>By first class mail | POJO LaPlata LLC<br>Attn: Anjon Jones<br>4302 Broken Arrow Court, Apt. 606<br>Clinton, MD 20735<br>By first class mail |
| Swain Landing LaPlata JC, LLC<br>Attn: Anjon Jones<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br>By first class mail | Maurice VerStandig<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854<br><br>*Counsel for Debtor Swain Landing LaPlata JC, LLC*<br><br>By email to:<br>mac@mbvesq.com |

                                            */s/ John J. Connolly*
                                            John J. Connolly