**UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| * * * * * * | * | |
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

**************************************************************************

## ENTRY OF APPEARANCE

Please enter the appearances of Wes P. Henderson and Patrick D. Gardiner of Henderson Law, LLC, as counsel of record for Plaintiffs/Counter-Defendants Claudia Engelhorn, Individually and as Trustee of the Whitewater Revocable Trust Dated September 30, 2021, and for Plaintiff White Pearl, LLC. Mr. Henderson and Mr. Gardiner are admitted and otherwise authorized to practice in this Court.

Date June 24, 2025

Respectfully submitted:

/s/ PDG (AIS# 1506160113)
Wes P. Henderson (AIS#0212180062)
Patrick D. Gardiner (AIS# 1506160113)
Henderson Law, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Counsel for Plaintiffs and Counter-Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in Possession*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103,
Takoma Park, MD 20912

*Defendant pro se*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc.*

    /s/ PDG (AIS# 1506160113)
Patrick D. Gardiner, Esq.