UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| *In Re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| * * * * * * | * | |
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

**********************************************************************

### ORDER DENYING THE BOLOG DEFENDANTS' MOTION TO RECONSIDER

Upon consideration of the Bolog Defendants' Motion to Reconsider Order Denying Bolog Defendants' Petition for an Order Compelling Arbitration and Staying Proceedings, the Plaintiffs' Response in Opposition thereto, and the record in this matter, it is hereby:

**ORDERED** that the Motion is **DENIED**.

**End of Order**

1

cc:

All counsel of record