# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: – **DER**    Chapter:    Adversary No.: **25–00159**

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiffs

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**     **Darnestown Road, Inc.,**
**Trust Agreement Dated October 11, 2021,**                **Science Park Associates, LLC,**
**Whiteford, Taylor & Preston, LLP,**                      **Swain Landing Laplata JC, LLC,**
**Michael Postal,**                                        **Tenacity Investments, LLC,**
**POJO Laplata LLC,**                                      **Erik D. Bolog**
Defendants

# NOTICE

IN PERSON HEARING Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 8/4/25 at 01:30 PM to consider and act upon the following:

3 – Motion to Transfer Adversary To District of Columbia Filed by Swain Landing Laplata JC, LLC . (Attachments: # 1 Proposed Order) (Horning, Kelly)

15 – Objection on behalf of Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC Filed by Patrick Donald Gardiner (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC). (Gardiner, Patrick)

16 – Response on behalf of Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC Filed by Douglas Gansler (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC). (Gansler, Douglas)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/26/25

                                         Mark A. Neal, Clerk of Court
                                         by Deputy Clerk, Cherita Scott
                                         410–962–7769

Form ntchrgmdb (rev. 08/13/2024)