# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **– DER**   Chapter:   Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC,**
Plaintiff

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC,**
**Erik D. Bolog**
Defendant

# NOTICE OF MISSING DOCUMENT

DOCUMENT: **8 – Limited Opposition on behalf of Swain Landing Laplata JC, LLC Filed by Maurice Belmont VerStandig (related document(s)7 Motion to Extend Time filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)Modified on 6/24/2025 enhanced title of text (Horning, Kelly).**

PROBLEM: **The Corporate Ownership Statement has not been filed.**

CURE: **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 7/10/25.**

CONSEQUENCE: **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:   **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 6/26/25

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Kelly Horning
    301–344–3393

cc:   Plaintiff

      Attorney for Plaintiff – Patrick Donald Gardiner

      Defendant

      Attorney for Defendant – Douglas Gansler
      U.S. Trustee

Form ntccrpst (rev. 04/2022)