# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: – **DER**    Chapter:    Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiff

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC,**
**Erik D. Bolog**
Defendant

# NOTICE OF MISSING DOCUMENT

DOCUMENT:    **7 – Expedited Motion to Extend Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3) Filed by Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC. (Attachments: # 1 Exhibit # 2 Proposed Order) (Gardiner, Patrick). Related document(s) 3 Motion to Transfer Adversary To Another District filed by Defendant Swain Landing Laplata JC, LLC. Modified on 6/24/2025 added linkage (Horning, Kelly).**

**12 – Plaintiffs Response In Opposition To The Bolog Defendants Motion To Reconsider Order Denying Petition For An Order Compelling Arbitration And Staying Proceedings1 and Request for a Hearing on behalf of Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC Filed by Patrick Donald Gardiner. (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2 # 3 Exhibit Exhibit 3 # 4 Exhibit Exhibit 4 # 5 Proposed Order) (Gardiner, Patrick)Modified on 6/25/2025 enhanced title of text (Horning, Kelly).**

**15 – Objection on behalf of Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Claudia Engelhorn, White Pearl, LLC Filed by Patrick Donald Gardiner (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Swain Landing Laplata JC, LLC). (Gardiner, Patrick)**

PROBLEM:    **The Corporate Ownership Statement has not been filed.**

| | |
|---|---|
| CURE: | **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 7/10/25.** |
| CONSEQUENCE: | **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.** |

This notice is issued pursuant to:   **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 6/26/25

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Kelly Horning
                                              301–344–3393

cc:  Plaintiff

     Attorney for Plaintiff – Patrick Donald Gardiner

     Defendant

     Attorney for Defendant – Douglas Gansler
     U.S. Trustee

Form ntccrpst (rev. 04/2022)