# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:    Case No.: – **DER**    Chapter:    Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiff

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC,**
**Erik D. Bolog**
Defendant

# NOTICE OF MISSING DOCUMENT

DOCUMENT:    **21 – Line Whiteford, Taylor & Preston LLP's Statement of Nonconsent pursuant to Rule 9027 Filed by John J. Connolly. (Connolly, John)**

PROBLEM:    **The Corporate Ownership Statement has not been filed.**

CURE:    **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 7/10/25.**

CONSEQUENCE:    **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:    **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 6/26/25

                              Mark A. Neal, Clerk of Court
                              by Deputy Clerk, Kelly Horning
                              301–344–3393

cc:    Plaintiff

Attorney for Plaintiff – Patrick Donald Gardiner

Defendant

Attorney for Defendant – Douglas Gansler
U.S. Trustee

Form ntccrpst (rev. 04/2022)