United States Bankruptcy Court

District of Maryland

Engelhorn,
    Plaintiff

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

Adv. Proc. No. 25-00159-DER

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2025 | Form ID: ntcpyrtm | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: JCARLTON@WTPLAW.COM | Jun 30 2025 19:23:00 | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc., Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 30, 2025 | Form ID: ntcpyrtm | Total Noticed: 12 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Gansler | douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | jconnolly@zuckerman.com  jlinton@zuckerman.com |
| Matthew M Karlan | matthew.karlan@cwt.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patrick Donald Gardiner | patrick@hendersonlawllc.com |
| William J Murphy | wmurphy@zuckerman.com  cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **– DER**    Chapter:    **Adversary No.: 25–00159**

**Debtor**

**Claudia Engelhorn**
Plaintiff

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021**
Defendant

## NOTICE OF INCORRECT OR INSUFFICIENT ADDRESS

The Court was notified that mail sent to Tenacity Investments, LLC was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.

Pursuant to Local Bankruptcy Rule 4002−1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.

Pursuant to Local Bankruptcy Rule 9010−2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.

Debtor/Creditor is advised that a notice of current address or address change for Tenacity Investments, LLC must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

Dated: 6/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
Team Phone: 301−344−3965

Form ntcpyrtm