**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>                    Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>                    Plaintiffs,<br><br>                  v.<br><br>Erik D. Bolog, *et al.*<br><br>                  Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

### [PROPOSED] ORDER GRANTING BOLOG PARTIES' MOTION UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 8002(d)(1) AND 9024 AND 9 U.S.C. §§ 3 & 4

Upon consideration of the Bolog Parties' Motion Under Federal Rules of Bankruptcy Procedure 8002(d)(1) and 9024 and 9 U.S.C. §§ 3 & 4, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that arbitration is compelled with respect to the Whitewater Investment Claims; and it is further

**ORDERED** that the Whitewater Investment Claims are stayed in this action; and it is further, in the alternative,

**ORDERED** that the time for the Bolog Parties to appeal the Maryland Circuit Court's denial of the Bolog Arbitration Petition has been tolled through the date of this order; and it is further, in the alternative,

-3-

**ORDERED** that the time for the Bolog Parties to appeal the Maryland Circuit Court's denial of Bolog Arbitration Petition is extended by fourteen (14) days from the date this order is entered.

Dated: _____ , 2025

_____