**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| * * * * * * | * | |
| *Claudia Engelhorn, et al.* | * | Adv. Proc. No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

*****************************************************************************

**MOTION FOR ABSTENTION AND REMAND**

Plaintiffs/Counter-Defendants, Claudia Engelhorn, Individually, and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, and White Pearl, LLC (collectively "Movants"), by and through their undersigned counsel, pursuant to Section 1334(c) and 1452(b) of Title 28 of the United States Code and Federal Rules of Bankruptcy Procedure 5011(b) and 9027, moves that this Honorable Court to (i) abstain from hearing the state law legal claims asserted by the Movants in Case No.: C-24-cv-24-002631 (the "Civil Action") in the Circuit Court for Baltimore City (the "State Court") and removed to this Court by the Debtor, Swain Landing LaPlata, JC, LLC, and (ii) remand the Civil Action to the State Court, and respectfully states as follows:

1. The overwhelming majority of the Civil Action is a non-core proceeding under 28 U.S.C. § 157.

2. Pursuant to 28 U.S.C. § 1334(c)(2), this Honorable Court is required to abstain from

1

hearing and determining the Civil Action.

3.  Pursuant to 28 U.S.C. § 1334 (c)(1), this Honorable Court should abstain from hearing and determining the Civil Action, and the Court should remand the Civil Action pursuant to 28 U.S.C. § 1452(b).

4.  Movants submit the accompanying memorandum in support of this motion, which is adopted and incorporated herein.

5.  Movants, do not consent to the entry of a final order or judgment by the Bankruptcy Court.

WHEREFORE, Movants respectfully request that this Honorable Court:

(a)  Abstain from hearing the Civil Action,

(b)  Remand the Civil Action to the State Court,

(c)  Remand the Non-Swain Claims, and/or

(d)  Grant such other and further relief as is just.

July 10, 2025                              Respectfully submitted:

/s/ Patrick D. Gardiner
Wes P. Henderson, Esq. (Fed. Bar #15926)
Patrick D. Gardiner, Esq. (Fed. Bar #19729)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs and Counter-Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103,
Takoma Park, MD 20912

*Defendant pro se*

                                              /s/ Patrick D. Gardiner
                                              Patrick D. Gardiner, Esq. (Fed. Bar #19729)