**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | ) | United States Bankruptcy Court |
| | ) | for the District of Columbia |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Claudia Engelhorn, *et al.* | ) | Case No. 25-00159 |
| | ) | United States Bankruptcy Court |
| Plaintiffs, | ) | for the District of Maryland |
| | ) | |
| v. | ) | |
| | ) | |
| Erik D. Bolog, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**
**OF SWAIN LANDING LAPLATA JC, LLC**

Comes now Swain Landing LaPlata JC, LLC ("Swain Landing" or the "Debtor"), by and through undersigned proposed counsel, and states as follows:

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Swain Landing is the debtor in this adversary proceeding.

The foregoing notwithstanding, Swain Landing further notes that 30% of the Debtor's equity is owned by POJO LaPlata LLC, which has an address in the care of Anjon Jones at 4302 Broken Arrow Court, Clinton, Maryland 20735.

Swain Landing further notes that while there is some dispute as to whether White Pearl LLC holds an equity interest in the Debtor, and White Pearl LLC has at least suggested—if not outright alleged—that no equity was given for that entity's monetary investment in the Debtor, Swain Landing does presently regard White Pearl LLC as holding a 50% equity interest in the

1

Debtor, with White Pearl LLC having an address of 1209 Orange Street, Wilmington, Delaware, 19801.

Respectfully submitted,

Dated: July 18, 2025					By: /s/ Maurice B. VerStandig
							Maurice B. VerStandig, Esq.
							Bar No. 18071
							The VerStandig Law Firm, LLC
							9812 Falls Road, #114-160
							Potomac, Maryland 20854
							Phone: 301-444-4600
							Facsimile: 301-444-4600
							E-mail: mac@mbvesq.com
							*Chapter 11 Counsel for Swain Landing*
							*LaPlata JC, LLC, Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2025, a copy of the foregoing was served electronically upon filing via this Honorable Court's CM-ECF system.

							/s/ Maurice B. VerStandig
							Maurice B. VerStandig