# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 24-184-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |
| Claudia Engelhorn, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>Defendants. | Case No. 25-00159<br>United States Bankruptcy Court<br>for the District of Maryland<br><br>Case No. C-24-CV-24-002631<br>Circuit Court for Baltimore City, Maryland |

### NOTICE OF ENTRY OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

Please enter the appearances of Sam J. Alberts, David F. Cook and Elysa Chew as co-counsel of record for Plaintiffs/Counter-Defendants Claudia Engelhorn, Individually and as Trustee of the Whitewater Revocable Trust Dated September 30, 2021, as amended, and White Pearl, LLC. LLC and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below:

    Sam J. Alberts (DC Bar # 443260)
    David F. Cook (DC Bar #1708239)
    DENTONS US LLP
    1900 K Street, NW
    Washington, DC 20006
    Tel. (202) 496-7500
    Email: sam.alberts@dentons.com
    Email: david.f.cook@dentons.com

    and

Elysa Chew (pro hac vice motion to be filed)
DENTONS US LLP
233 S. Wacker Drive, #5900
Chicago, IL 60606
Tel: (312) 876-8000
Email: elysa.chew@dentons.com

Please take notice that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9010 and 9013.

Dated: July 18, 2025

        Respectfully submitted:

        */s/ Sam J. Alberts*
        Sam J. Alberts (Md Fed Bar No. 22745)
        David F. Cook (DC Bar #1708239)
        **DENTONS US LLP**
        1900 K Street, NW
        Washington, DC 20006
        Tel. (202) 496-7500
        sam.alberts@dentons.com
        david.f.cook@dentons.com

        Elysa Chew (pro hac vice motion to be filed)
        **DENTONS US LLP**
        233 S. Wacker Drive, #5900
        Chicago, IL 60606
        Tel: (312) 876-8000
        elysa.chew@dentons.com

        and

        Wes P. Henderson, Esq.(AIS#0212180062)
        Patrick D. Gardiner, Esq. (AIS# 1506160113)
        **HENDERSON LAW, LLC**
        2127 Espey Court, Suite 204

Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater
Revocable Trust, and White Pearl, LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854
*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in Possession*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009
*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735
*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103,
Takoma Park, MD 20912
*Defendant pro se*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for Defendants Erik D. Bolog, Individually, and as Trustee of The JAREB Irrevocable Trust Agreement dated October 11, 2021, Science Park Associates, LLC, and Darnestown Road, Inc.*

By:

/s/ Sam J. Alberts
Sam J. Alberts