**EXHIBIT A**

**From:** Claudia Engelhorn <claudia.engelhorn@mannheimllc.com>
**Date:** July 6, 2022 at 10:36:00 AM EDT
**To:** "Bolog, Erik" <EBolog@wtplaw.com>
**Subject: [EXTERNAL] Gift?**

Hi Erik

You need to return the money you surreptitiously took from me. I DID not gift you.
You took an alcohol induced statement for your benefit.
You have no leg to stand on.
My son whom you want to be friends with, not only knows about it but wants you to return it as well.

If you want a professional relationship you need to rectify what you did.

Regardless of what you believe, a dealing you wanted to push under the table is out in the open. Not by my doing.
You had no right to grab it.
You remind me of the woman we fought.
You also removed it yourself from my account which is not acceptable at all.
So return it now.

My account is:
Bank of America
Account number:         7934
Routing:

Claudia

Sent from my iPad