# **EXHIBIT D**

(Excerpts of the rough transcript of the deposition of Jennifer M. Shaw)

(Filed under seal)