## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>                     Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>                     Plaintiffs,<br><br>                     v.<br><br>Erik D. Bolog, *et al*.<br><br>                     Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**BOLOG PARTIES' MOTION TO SEAL (A) BOLOG PARTIES' OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND AND (B) EXHIBIT D OF <u>GANSLER DECLARATION</u>**

Erik D. Bolog ("Mr. Bolog"), Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October 11, 2021, Science Park Associates, LLC, and Darnestown Road, Inc. (collectively, the "Bolog Parties") respectfully submit this motion pursuant to Local Rule 105-11 of the Local Rules of the United States District Court for the District of Maryland and Rule VII of the Electronic Case Filing Procedures of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland for entry of an order substantially in the form attached hereto (the "Proposed Order") sealing *The Bolog Parties' Memorandum of Law in Opposition to Plaintiffs' Motion for Abstention and Remand (ECF No. 43)* (the "Opposition") and the accompanying Exhibit D of the Gansler Declaration (the "Shaw Deposition Excerpts"). In support of this Motion, the Bolog Parties state as follows:

1. The Bolog Parties and other parties to this action have agreed to abide by a protective order governing discovery and the production of documents in this action (the "Protective Order"), modeled after the United States District Court for the District of Maryland's Stipulated Order Regarding Confidentiality of Discovery Material. *See* Appendix D to the Local Rules of the United States District Court for the District of Maryland.

2. The Bolog Parties file this Motion to request that the Court enter the accompanying Proposed Order (a) instructing the Clerk's Office to restrict public access to the Opposition and Shaw Deposition Excerpts and (b) authorizing the Bolog Parties to file a redacted version of the Opposition on the public docket.

3. The local rules of this Court contemplate the acceptance of documents for filing under seal: "Any party who seeks to file documents under seal must file a motion to that effect. The proposed sealed documents must be filed separately from the motion, as restricted documents, in accordance with the CM/ECF User Manual." *See* Rule VII of the Electronic Case Filing Procedures of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland. Rule 105-11 of the Local Rules of the United States District Court for the District of Maryland similarly direct a party to file a motion seeking the sealing of any documents filed with the Court.

4. The Shaw Deposition Excerpts and limited portions of the Opposition are confidential because they include references to, or derivations from, certain information that has been designated as Confidential Information by defendant Whiteford, Taylor & Preston LLP or another party in interest pursuant to the Protective Order.

5. Such information concerns the banking and financial information of the parties to this action.

-3-

6. The Bolog Parties will promptly file an unredacted copy of the Opposition and Shaw Deposition Excerpts should the Court order that such an unredacted version be filed on the public docket.

WHEREFORE, the Bolog Parties respectfully request that this Court enter the Proposed Order and grant such further and other relief as this Court deems just and proper.

Dated: August 7, 2025

    Respectfully submitted,

    CADWALADER, WICKERSHAM & TAFT LLP

    Respectfully,

    Douglas F. Gansler (Bar Number: 21010)
    Cadwalader, Wickersham & Taft LLP
    1919 Pennsylvania Ave N.W.
    Washington D.C. 20006
    Douglas.Gansler@cwt.com
    Telephone: (202) 862-2300

    By: */s/ Matthew M. Karlan*
    Matthew M. Karlan
    (signed by Douglas F. Gansler with permission of
    Matthew M. Karlan)
    Cadwalader, Wickersham & Taft LLP
    200 Liberty Street
    New York, NY 10281
    Matthew.Karlan@cwt.com
    Telephone: (212) 504-6000

    *Counsel for Defendants Erik D. Bolog, Individually
    and as Trustee of the JAREB Irrevocable Trust
    Agreement dated October 11, 2021; Darnestown
    Road, Inc.; and Science Park Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2025, a copy of the foregoing was served electronically via CM/ECF, and remaining parties served via first class mail.

**Counsel of Record Served via CM/ECF:**

Sam J. Alberts
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Wes P. Henderson
Patrick Gardiner
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly
William J. Murphy
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Defendant Swain Landing LaPlata JC, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Respectfully,

Douglas F. Gansler (Bar Number: 21010)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*