United States Bankruptcy Court
District of Maryland

Engelhorn,
    Plaintiff

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

Adv. Proc. No. 25-00159-DER

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Aug 05, 2025      Form ID: pdfparty      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Patricia L. Lincoln, Ellis Law Group, P.L., 4755 Technology Way, Suite 205, Boca Raton, FL 33431-3338 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Gansler | douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | jconnolly@zuckerman.com  jlinton@zuckerman.com |
| Matthew M Karlan | matthew.karlan@cwt.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patrick Donald Gardiner | patrick@hendersonlawllc.com |

District/off: 0416-1     User: admin     Page 2 of 2
Date Rcvd: Aug 05, 2025     Form ID: pdfparty     Total Noticed: 1

Sam Alberts
    sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Sam Jack Alberts
    sam.alberts@dentons.com  lori.odum@dentons.com,docket.general.lit.wdc@dentons.com

Wes P Henderson
    wph@hendersonlawllc.com

William J Murphy
    wmurphy@zuckerman.com  cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com

TOTAL: 9

Entered: August 5th, 2025
Signed: August 4th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF MARYLAND
# Baltimore Division

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| * * * * * * | * | |
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER EXTENDING TIME FOR DEBTOR AND BOLOG PARTIES TO RESPOND
TO PLAINTIFFS' MOTION FOR REMAND AND ABSTENTION**

THIS MATTER came before the Court upon the stipulation ("Stipulation") by and between Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Plaintiffs"), Defendants and Counter-Plaintiffs Erik D. Bolog ("Mr. Bolog"), Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October

1

11, 2021 ("Mr. Bolog as Trustee"), Science Park Associates, LLC ("Science Park"), and Darnestown Road, Inc. ("Darnestown Road," and collectively with Mr. Bolog, Mr. Bolog as Trustee, and Science Park, the "Bolog Parties"), and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Plaintiffs, and Bolog Parties, the "Parties"). The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. The Debtor and Bolog Parties are granted until August 7, 2025 to file a response to the *Motion for Remand and Abstention to the State Court* [Adv. Pro. Dkt. No. 43].

2. Nothing contained herein prohibits the Parties from requesting or agreeing to additional extensions of time.

**END OF ORDER**

/s/ *Maurice B. VerStandig* (with consent)
Maurice Belmont VerStandig
**THE VERSTANDIG LAW FIRM, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
301-444-4600
mac@mbvesq.com

*Attorney for Debtor*

/s/ *Matthew M. Karlan* (with consent)
Douglas F. Gansler
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
202-862-2300
douglas.gansler@cwt.com

-and-

Matthew M. Karlan
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
212-504-6000
Matthew.Karlan@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

/s/ *Sam J. Alberts*
Sam J. Alberts
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

*Attorneys for the Plaintiffs*

**Counsel of Record Served via ECF/CM:**
Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Patricia L. Lincoln (p.lincoln@ellis-law.com)
**Ellis Law Group, P.L.**
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*


John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*


Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*


Douglas F. Gansler
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
202-862-2300
douglas.gansler@cwt.com

-and-

Matthew M. Karlan
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
212-504-6000
Matthew.Karlan@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*