# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>                Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>                Plaintiffs,<br><br>                v.<br><br>Erik D. Bolog, *et al.*<br><br>                Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**[PROPOSED] ORDER GRANTING**
**THE BOLOG PARTIES' MOTION TO TRANSFER VENUE**

Upon consideration of the *Bolog Parties' Motion to Transfer Venue* (the "Motion"), it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED**, that the above-captioned adversary proceeding be, and hereby is, **TRANSFERRED** to the United States District Court for the District of Columbia and, by virtue of the local rules of United States District Court for the District of Columbia, **REFERRED** to the United States Bankruptcy Court for the District of Columbia.

The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

-3-

Dated: _____ , 2025

_____