# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **– DER**     Chapter:     Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiffs

vs.

| | |
|---|---|
| **Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021,** | **Darnestown Road, Inc.,** |
| **Whiteford, Taylor & Preston, LLP,** | **Science Park Associates, LLC,** |
| **Michael Postal,** | **Swain Landing Laplata JC, LLC,** |
| **POJO Laplata LLC,** | **Tenacity Investments, LLC,** |
| Defendants | **Erik D. Bolog** |

## NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 9/15/25 at 10:00 AM to consider and act upon the following:

59 – Motion to Transfer Adversary To The United States Bankruptcy Court for the District of Columbia / The Bolog Parties' Motion to Transfer Venue Filed by Erik D. Bolog, Darnestown Road, Inc., Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021, Science Park Associates, LLC. (Attachments: # 1 Exhibit A – Proposed Order # 2 Exhibit B – Engelhorn Proofs of Claim) (Gansler, Douglas)Modified on 8/11/2025 enhanced text to include new district (Horning, Kelly).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/11/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769