# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>         Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>                    Plaintiffs,<br><br>         v.<br><br>Erik D. Bolog, *et al.*<br><br>                    Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**[PROPOSED] ORDER GRANTING BOLOG PARTIES' MOTION TO SEAL (A) BOLOG PARTIES' OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND AND (B) EXHIBIT D OF GANSLER DECLARATION**

This matter came before the Court on the *Bolog Parties' Motion to Seal (A) Bolog Parties' Opposition to Plaintiffs' Motion for Abstention and Remand and (B) Exhibit D of Gansler Declaration* (the "Motion"), for entry of an order restricting public access to the Bolog Parties' Opposition (ECF No. 56) and Exhibit D of the Gansler Declaration (ECF No. 55).

The Court finding that adequate notice has been given and that good cause exists to grant the relief requested in the Motion, it is hereby:

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the Clerk's Office shall restrict public access to the Bolog Parties' Opposition and Exhibit D of the Gansler Declaration; and it is further

-2-

**ORDERED** that the Bolog Parties shall file a redacted version of the Bolog Parties' Opposition within one (1) business day of entry of this Order; and it is further

**ORDERED** that Exhibit D of the Gansler Declaration shall remain restricted without redactions; and it is further

**ORDERED** that the Bolog Parties are authorized to take all actions necessary to effectuate the relief granted in this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____ , 2025

_____

CC:

**Counsel of Record Served via CM/ECF:**
Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court Suite
204 Crofton, MD 21114

-and-

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

-and-

Patricia L. Lincoln (p.lincoln@ellis-law.com)
**Ellis Law Group, P.L.**
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street Suite
2440 Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*

Douglas F. Gansler (douglas.gansler@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

-and-

Matthew M. Karlan (Matthew.Karlan@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735