United States Bankruptcy Court

District of Maryland

Engelhorn,
    Plaintiff

Adv. Proc. No. 25-00159-DER

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | John J. Connolly, Zuckerman Spaeder LLP, 100 East Pratt Street Suite, 2440 Baltimore, MD 21202-1009 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| | + | Patricia L. Lincoln, Ellis Law Group, P.L., 4755 Technology Way, Suite 205, Boca Raton, FL 33431-3338 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Gansler | douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | jconnolly@zuckerman.com  jlinton@zuckerman.com |
| Matthew M Karlan | matthew.karlan@cwt.com |
| Maurice Belmont VerStandig | |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 5

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Patrick Donald Gardiner
patrick@hendersonlawllc.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Sam Jack Alberts
sam.alberts@dentons.com  lori.odum@dentons.com,docket.general.lit.wdc@dentons.com

Wes P Henderson
wph@hendersonlawllc.com

William J Murphy
wmurphy@zuckerman.com  cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com

TOTAL: 9

Entered: September 3rd, 2025
Signed: September 3rd, 2025

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>        Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al*.<br><br>        Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>        Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**ORDER GRANTING BOLOG PARTIES' MOTION TO SEAL (A) BOLOG PARTIES'
OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION <u>AND REMAND AND
(B) EXHIBIT D OF GANSLER DECLARATION</u>**

This matter came before the Court on the *Bolog Parties' Motion to Seal (A) Bolog Parties' Opposition to Plaintiffs' Motion for Abstention and Remand and (B) Exhibit D of Gansler Declaration* (the "<u>Motion</u>"), for entry of an order restricting public access to the Bolog Parties' Opposition (ECF No. 56) and Exhibit D of the Gansler Declaration (ECF No. 55).

The Court finding that adequate notice has been given and that good cause exists to grant the relief requested in the Motion, it is hereby:

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the Clerk's Office shall restrict public access to the Bolog Parties' Opposition and Exhibit D of the Gansler Declaration; and it is further

**ORDERED** that the Bolog Parties shall file a redacted version of the Bolog Parties' Opposition within one (1) business day of entry of this Order; and it is further

**ORDERED** that Exhibit D of the Gansler Declaration shall remain restricted without redactions; and it is further

**ORDERED** that the Bolog Parties are authorized to take all actions necessary to effectuate the relief granted in this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

CC:

**Counsel of Record Served via CM/ECF:**
Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court Suite
204 Crofton, MD 21114

-and-

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

-and-

Patricia L. Lincoln (p.lincoln@ellis-law.com)
**Ellis Law Group, P.L.**
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street Suite
2440 Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*

Douglas F. Gansler (douglas.gansler@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

-and-

Matthew M. Karlan (Matthew.Karlan@cwt.com)
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

End of Order

-3-