# UNITED STATES BANKRUPTCY COURT
# OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Clerk, U.S. Bankruptcy Court

RE: Transfer of Title 11 Case for
Claudia Engelhorn, et al. v. Erik D. Bolog, et al.

Dear Clerk:

Pursuant to the Order to transfer the above named Title 11 case to your Court, we are herewith transmitting our original file with the exception of the original Order for transfer.

Enclosed are certified copies of the Order transferring case and the original docket. Please acknowledge receipt on the copy of this letter and return for insertion in our file.

Sincerely,

Kelly Horning, Deputy Clerk for
Mark A. Neal, Clerk of Court
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

## ACKNOWLEDGMENT OF RECEIPT OF TRANSFERRED CASE

DATE: _____

The papers for the above named case have been received.
We have assigned the following number to the case: _____

Clerk of the United States Bankruptcy Court

BY: _____
     Deputy Clerk

43x02 (rev. 12/15/2004) − KellyHorning