Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater Revocable Trust,
and White Pearl, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: <br><br> Swain Landing LaPlata JC, LLC <br><br> **Debtor.** | Case No. 25-00184-ELG <br><br> Chapter 11 |
| Claudia Engelhorn, *et al.* <br><br> **Plaintiffs** <br><br> v. <br><br> Erik D. Bolog, *et al.* <br><br> **Defendants** | Adv. Proc. No.: 25-10044- ELG <br> Transferred from the U.S. Bankruptcy Court <br> for the District of Marland <br><br><br><br><br><br> **Re: Docket No. 42** |

**NOTICE OF HEARING ON MOTION FOR ABSTENTION AND REMAND**

**PLEASE TAKE NOTICE** that on September 23, 2025 an order was entered transferring venue of the above-captioned adversary proceeding Case No. 1:25-ap-00159 (the "Adversary Proceeding") from the United States Bankruptcy Court of Maryland to the United States Bankruptcy Court for the District of Columbia (the "D.C. Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on July 10, 2025 creditors and parties in interest, Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended (the "Trust"), and White Pearl, LLC (collectively "Movants"), by and through undersigned counsel, filed a *Motion for Abstention and Remand* [Docket No. 42] in Case No. 1:25-ap-00159 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2025, Swain Landing LaPlata JC, LLC ("Swain Landing") filed an opposition to the Motion [Docket No. 51].

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2025, Movants voluntarily dismissed Swain Landing from the Adversary Proceeding [Docket No. 57].

**PLEASE TAKE FURTHER NOTICE** that on September 4, 2025, the Bolog Parties filed their opposition to the Movants' Motion [Docket No. 65].

**A hearing will be held on the Motion and related briefing at 10:00 a.m. on October 10, 2025, by Zoom.** For Zoom information, please email Gunn_Hearings@dcb.uscourts.gov. Parties in interest with questions may contact the undersigned.

Dated: September 26, 2025

*/s/ Sam J. Alberts*
Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 496-7500
Email: sam.alberts@dentons.com
Email: david.f.cook@dentons.com

Elysa Chew (*pro hac vice* motion to be filed)
DENTONS US LLP
233 S. Wacker Drive, #5900
Chicago, IL 60606
Tel: (312) 876-8000
elysa.chew@dentons.com

 and

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,*
*Individually and on behalf of the Whitewater*
*Revocable Trust, and White Pearl, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein and by first-class mail upon the parties listed below.

*/s/ Sam J. Alberts*
Sam J. Alberts

**Counsel of Record Served via CM/ECF:**

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
Henderson Law, LLC
2127 Espey Court Suite
204 Crofton, MD 21114

-and

Sam J. Alberts (sam.alberts@dentons.com)
Dentons US LLP
1900 K St NW
Washington, DC 20006

-and

Patricia L. Lincoln (p.lincoln@ellis-law.com)
Ellis Law Group, P.L.
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
Zuckerman Spaeder LLP
100 East Pratt Street Suite
2440 Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*

Douglas F. Gansler (douglas.gansler@cwt.com)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

-and

Matthew M. Karlan (Matthew.Karlan@cwt.com)
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

**Parties Served Via First Class Mail:**

Tenacity Investments, LLC
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

Michael Postal
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

POJO LaPlata LLC
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735