**22NTCHRGA**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re: Swain Landing LaPlata JC LLC
Debtor

Case No.: 25−00184−ELG
Chapter 11

Claudia Engelhorn
Plaintiff

v.

Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust
Agreement Dated October 11, 2021
Defendant

Adv. Proc. No. 25−10044−ELG          Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

a scheduling conference

on 10/29/2025 at 11:00 AM in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

Angela D. Caesar
U.S. Bankruptcy Court
BY: am

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court
District of Columbia

Engelhorn,
    Plaintiff

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

Adv. Proc. No. 25-10044-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Oct 10, 2025      Form ID: ntchrga      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| dft | + | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc, Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

**Name      Email Address**

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: ntchrga | Total Noticed: 12 |

Douglas Gansler

    on behalf of Defendant Erik D. Bolog  as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021
    douglas.gansler@cwt.com, nyecfnotice@cwt.com

Douglas Gansler

    on behalf of Defendant Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com

John J. Connolly

    on behalf of Defendant Whiteford  Taylor & Preston, LLP jconnolly@zuckerman.com

Maurice Belmont VerStandig

    on behalf of Defendant Swain Landing Laplata JC  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Patrick Donald Gardiner

    on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021
    patrick@hendersonlawllc.com

Patrick Donald Gardiner

    on behalf of Plaintiff White Pearl  LLC patrick@hendersonlawllc.com

Patrick Donald Gardiner

    on behalf of Plaintiff Claudia Engelhorn patrick@hendersonlawllc.com

Sam J. Alberts

    on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021
    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

Sam J. Alberts

    on behalf of Plaintiff Claudia Engelhorn sam.alberts@dentons.com
    docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

Sam J. Alberts

    on behalf of Plaintiff White Pearl  LLC sam.alberts@dentons.com,
    docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

TOTAL: 10