The order below is hereby signed.

Signed: October 10 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 25-00184-ELG |
|---|---|
| **Swain Landing LaPlata JC LLC,** Debtor. | **Chapter 11** |
| **Claudia Engelhorn, et al.,** Plaintiffs, | **Adv. Pro. 25-10044-ELG** |
| v. | |
| **Eric D. Bolog, et al.,** Defendants. | |

## ORDER DENYING MOTION FOR REMAND AND ABSTENTION

The Court held a hearing on October 10, 2025 (the "Hearing") to consider the *Motion for Abstention and Remand* (the "Motion") (ECF No. 42) filed by Claudia Engelhorn, Individually, and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, and White Pearl LLC. In addition to the Motion, the Court had before it an *Opposition* (ECF No. 51) filed by Swain Landing LaPlata JC LLC (the "Debtor") and an *Opposition* (ECF No. 65) filed by Eric D. Bolog, Individually, and as Trustee of the JAREB Irrevocable Trust, dated October 11, 2021, Science Park Associates, LLC, and Darnestown Road, Inc.

For the reasons stated on the record at the Hearing, the Court finds that mandatory and permissive abstention is considered as of the date of removal and, therefore, neither mandatory nor permissive abstention under 28 U.S.C. § 1334(c) are applicable. Furthermore, notwithstanding the change of circumstances since the date of removal (i.e., the voluntary dismissal of the Debtor as a named defendant), the Court finds that it has subject matter jurisdiction over the underlying complaint, and based on the totality of circumstances, equitable remand is not appropriate.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.      The Motion (ECF No. 42) is **DENIED**.

2.      The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Debtor, recipients of electronic notice.