The order below is hereby signed.

Signed: October 10 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Case No. 25-00184-ELG |
| Swain Landing LaPlata JC LLC,  Debtor. | Chapter 11 |
| Claudia Engelhorn, et al.,  Plaintiffs,  v.  Eric D. Bolog, et al.,  Defendants. | Adv. Pro. 25-10044-ELG |

**ORDER DENYING MOTION FOR REMAND AND ABSTENTION**

The Court held a hearing on October 10, 2025 (the "Hearing") to consider the *Motion for Abstention and Remand* (the "Motion") (ECF No. 42) filed by Claudia Engelhorn, Individually, and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, and White Pearl LLC. In addition to the Motion, the Court had before it an *Opposition* (ECF No. 51) filed by Swain Landing LaPlata JC LLC (the "Debtor") and an *Opposition* (ECF No. 65) filed by Eric D. Bolog, Individually, and as Trustee of the JAREB Irrevocable Trust, dated October 11, 2021, Science Park Associates, LLC, and Darnestown Road, Inc.

1

For the reasons stated on the record at the Hearing, the Court finds that mandatory and permissive abstention is considered as of the date of removal and, therefore, neither mandatory nor permissive abstention under 28 U.S.C. § 1334(c) are applicable. Furthermore, notwithstanding the change of circumstances since the date of removal (i.e., the voluntary dismissal of the Debtor as a named defendant), the Court finds that it has subject matter jurisdiction over the underlying complaint, and based on the totality of circumstances, equitable remand is not appropriate.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  The Motion (ECF No. 42) is **DENIED**.

2.  The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Debtor, recipients of electronic notice.

United States Bankruptcy Court
District of Columbia

Engelhorn,
    Plaintiff

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

Adv. Proc. No. 25-10044-ELG

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Oct 14, 2025     Form ID: pdf001     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| dft | + | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc, Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 15 2025 00:32:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog  as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021 douglas.gansler@cwt.com, nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | on behalf of Defendant Whiteford  Taylor & Preston, LLP jconnolly@zuckerman.com, jlinton@zuckerman.com,dvermilye@zuckerman.com |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing Laplata JC  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff White Pearl  LLC patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn patrick@hendersonlawllc.com |
| Sam J. Alberts | on behalf of Plaintiff Claudia Engelhorn  as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| Sam J. Alberts | on behalf of Plaintiff Claudia Engelhorn sam.alberts@dentons.com docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |
| Sam J. Alberts | on behalf of Plaintiff White Pearl  LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com |

TOTAL: 10