William J. Murphy (DC Bar # 350371)
John J. Connolly (DC Bar #495388)
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
410 332 0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Counsel for Defendant Whiteford, Taylor*
 *& Preston LLP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: <br><br> SWAIN LANDING LAPLATA JC, LLC <br><br> Debtor. | Case No. 25-00184-ELG |
| CLAUDIA ENGELHORN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIK D. BOLOG, *et al.*, <br><br> Defendants. | Adv. Proceeding No. 25-10044-ELG <br> Transferred from the U.S. Bankruptcy Court for the District of Maryland |

**ENTRY OF APPEARANCE**

Please enter the appearance of William J. Murphy as additional counsel of record for defendant Whiteford, Taylor & Preston LLP in the captioned adversary proceeding.

Dated: October 29, 2025

ZUCKERMAN SPAEDER LLP

By: /s/ *William J. Murphy*
   William J. Murphy (DC Bar # 350371)
   John J. Connolly (DC Bar #495388)

100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
410 332 0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Counsel for Defendant Whiteford, Taylor*
*& Preston LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies sent to all parties receiving electronic notice herein and by first-class mail upon the parties listed below.

| COUNSEL SERVED BY ECF ||
|---|---|
| Sam J. Alberts<br>David F. Cook<br>DENTONS US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br><br>*Counsel for Claudia Engelhorn, individually and on behalf of the Whitewater Revocable Trust, and White Pearl LLC* | Wes P. Henderson<br>Patrick D. Gardiner<br>HENDERSON LAW, LLC<br>2127 Espey Court, Suite 204<br>Crofton, Maryland 21114<br><br>*Counsel for Claudia Engelhorn, individually and on behalf of the Whitewater Revocable Trust, and White Pearl LLC* |
| Maurice VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854<br><br>*Counsel for Swain Landing LaPlata JC, LLC* | Douglas Gansler<br>CADWALADER, WICHERKSHAM & TAFT, LLP<br>1919 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br><br>*Counsel for Defendant Erik D. Bolog* |
| **PARTIES SERVED BY FIRST-CLASS MAIL** ||
| Tenacity Investments, LLC<br>c/o Mike Postal<br>7333 New Hampshire Ave.<br>Takoma Park, MD 20912 | Michael Postal<br>4302 Broken Arrow Court, Apt. 606<br>Clinton, MD 20735 |
| POJO LaPlata LLC<br>s/o Anjon Jones<br>4302 Broken Arrow Court<br>Clinton, MD 20735 | |

                                               */s/ William J. Murphy*
                                           William J. Murphy (DC Bar No. 350371)