Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239))
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

*Co-Counsel for Claudia Engelhorn,*
*Individually and on behalf of the Whitewater Revocable Trust,*
*and White Pearl, LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |
| Claudia Engelhorn, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>Defendants. | |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

Plaintiffs and Counter-Defendants, Claudia Engelhorn, individually and as Trustee for the Whitewater Revocable Trust, as amended, and White Pearl, LLC (collectively "Plaintiffs"), hereby file this Motion for Leave to Amend Complaint and in support thereof respectfully state as follows:

1. Plaintiffs filed their Second Amended Complaint ("SAC"), which is the operative complaint, in the Circuit Court for Baltimore City, Maryland, on or about February 5, 2025.[1]

2. Plaintiffs seek to amend their complaint in light of their prior dismissal of all claims asserted against the debtor, Swain Landing LaPlata, LLC, in the Civil Action to remove redundant causes of action and to remove causes of action that sought relief co-extensive with the relief Plaintiffs now seek as Creditors in the Debtor's Chapter 11 Subchapter V matter. *See In re: Swain Landing LaPlata, LLC*, Case No. 24-184-ELG, in the United States Bankruptcy Court for the District of Columbia.

3. Plaintiffs also seek to streamline and simplify the claim by focusing on the wrongful transfer of $10,000,000, which is the central focus of this case.

4. Rule 15 (a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave," and that "the court should freely give leave when justice so requires." This liberal standard applies in adversary proceedings under Fed. R. Bankr. P. 7015.

5. The amendment is not for the purpose of undue delay, will not cause undue prejudice, is asserted in good faith, and is not futile. Indeed, the amendments reduce Defendants' potential liability and dismiss other Defendants from this action entirely.

6. Plaintiffs contend that upon the filing of the Amended Complaint, this action must be remanded to the Circuit Court for Baltimore City, Maryland, for a lack of jurisdiction and/or

---

[1] The Second Amended Complaint is substantially identical to the First Amended Complaint, except that the Second Amended Complaint identifies Claudia Engelhorn's address.

2

that abstention is warranted. If the leave to amend is granted, Plaintiff(s) will file a motion seeking abstention and/or remand.

7. The Third Amended Complaint is attached hereto as Exhibit A. A redlined comparison copy of the Third Amended Complaint is attached as Exhibit B.

8. A Memorandum of Points and Authorities in support of the Motion is attached hereto and incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant the Motion for Leave to Amend, grant Plaintiffs leave to file the Third Amended Complaint attached hereto as Exhibit A, and for such other and further relief as the Court deems just and proper.

Dated: October 30, 2025

Respectfully submitted:

/s/    PDG
Wes P. Henderson, Esq. (Fed. Bar #502935)
Patrick D. Gardiner, Esq. (Fed. Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs and Counter-Defendants*

## LOCAL CIVIL RULE 7(m) CERTIFICATION

Pursuant to Local Civil Rule 7(m) (applicable through Local Bankruptcy Rule 9013-1), counsel for Plaintiffs conferred with counsel for the participating Defendants regarding this motion via email on October 27, 2025. Defendants responded that they were unwilling to consent to the Motion if the dismissal of the claims was without prejudice.

/s/     *PDG*
Patrick D. Gardiner, Esq. (Fed. Bar #1630864)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103
Takoma Park, MD 20912

*Defendant pro se*

                                        /s/     PDG
                                        Patrick D. Gardiner, Esq. (Fed. Bar #1630864)