# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>　　　　　Debtor.<br><br>Claudia Engelhorn, *et al*.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>　　　　　Defendants. | Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |

## **NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs and Counter-Defendants, Claudia Engelhorn, filed papers with the court to seeking leave to amend Plaintiffs' complaint.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant Plaintiffs leave to amend their complaint, or if you want the court to consider your views on the motion, then on or before **November 13, 2025**, you or your attorney must:

File with the court a written response or opposition to said motion explaining your position together with the proposed order required by Local Bankruptcy Rule 9072-1. The response or opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001.

If you mail your response or opposition to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to: Sam J. Alberts, Esq., Dentons US, LLP, 1900 K Street, N.W., Washington, DC 20006 and Wes P. Henderson, Esq. and Patrick D. Gardiner, Esq., Henderson Law, LLC, 2127 Espey Court, Suite 204 Crofton, Maryland 21114, co-counsel for the Movants.

  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION. THE COURT MAY GRANT THE MOTION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN MOTION.

  Parties in interest with questions May contact the undersigned.

                Respectfully submitted:

                /s/  PDG
                Wes P. Henderson, Esq. (Fed. Bar #15926)
                Patrick D. Gardiner, Esq. (Fed. Bar #19729)
                HENDERSON LAW, LLC
                2127 Espey Court, Suite 204
                Crofton, Maryland 21114
                T: (410) 721-1979
                F: (410) 721-2258
                wph@hendersonlawllc.com
                patrick@hendersonlawllc.com

                *Attorneys for Plaintiffs and Counter-Defendants*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103
Takoma Park, MD 20912

*Defendant pro se*

/s/      PDG
Patrick D. Gardiner, Esq.  (Fed.  Bar  1630864)