## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>        Debtor. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |
| Claudia Engelhorn, *et al*.<br><br>        Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>        Defendants. | |

### ORDER GRANTING PLAINTIFFS LEAVE TO AMEND

Upon consideration of the Plaintiffs' Motion for Leave to Amend Complaint, and any response thereto, it is this ___ day of _____, 2025, hereby:

**ORDERED**, that the Plaintiffs' Motion for Leave to Amend Complaint is Granted; and it is further

**ORDERED**, that Plaintiffs may file their Third Amended Complaint.