## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |
| Claudia Engelhorn, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>Defendants. | |

### ORDER STAYING DISCOVERY OR IN THE ALTERNATIVE GRANTING PROTECTIVE ORDER

Plaintiffs' Motion to Stay Discovery or in the Alternative Motion for Protective Order, it is this _____ day of _____, 2025, hereby:

**ORDERED** that Plaintiffs' Motion is GRANTED; and it is further

**ORDERED** that all discovery in this adversary proceeding is STAYED pending resolution of Plaintiffs' Motion for Leave to File an Amended Complaint, the Motion to Dismiss the Counterclaim, and any subsequent motion to remand; and it is further

[Alternatively]

**ORDERED** that, in the alternative, Plaintiff Claudia Engelhorn shall not be deposed until a mutually acceptable date and time to occur after the Bolog Defendants have produced complete responses to Plaintiffs' Requests for Production of Documents and Plaintiffs have had a reasonable opportunity to review said documents; and it is further

**ORDERED** that the Court retains jurisdiction to modify or lift this stay upon motion of any party for good cause shown.

**SO ORDERED**.