Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

*Co-Counsel for Claudia Engelhorn,*
*Individually and on behalf of the Whitewater Revocable Trust,*
*and White Pearl, LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |
| Claudia Engelhorn, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>Defendants. | |

**<u>LINE CORRECTING RULE 26(C)(1) CERTIFICATE</u>**

Plaintiffs and Counter-Defendants, Claudia Engelhorn, individually and as Trustee for the Whitewater Revocable Trust, as amended, and White Pearl, LLC (collectively "Plaintiffs"), hereby file this Line correcting a statement contained in in the Rule 26(c)(1) Certification accompanying Plaintiffs' Motion to Stay Discovery or in the Alternative Motion for Protective Order [Doc. 81], and state as follows:

The Rule 26(c)(1) Certificate accompanying the Motion [Doc. 81] contains the following sentence: "Counsel for the Bolog Defendants had previously suggested alternative dates ranging from early November to early December 2025."

The above-quoted sentence should be replaced with the following corrected statements: "Counsel for the Bolog Defendants had previously suggested alternative dates for Claudia Engelhorn's deposition in the event she was not available on November 17, 2025. The dates provided ranged from early November through the final week of November, but counsel did not offer alternative dates as late as early December."

Dated: October 31, 2025                          Respectfully submitted:

                                                 /s/      PDG
                                                 Wes P. Henderson, Esq. (Fed. Bar #502935)
                                                 Patrick D. Gardiner, Esq. (Fed. Bar #1630864)
                                                 HENDERSON LAW, LLC
                                                 2127 Espey Court, Suite 204
                                                 Crofton, Maryland 21114
                                                 T: (410) 721-1979
                                                 F: (410) 721-2258
                                                 wph@hendersonlawllc.com
                                                 patrick@hendersonlawllc.com

                                                 *Attorneys for Plaintiffs and Counter-Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

3

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103
Takoma Park, MD 20912

*Defendant pro se*

/s/     PDG
Patrick D. Gardiner, Esq. (Fed. Bar #1630864)

4