## **EXHIBIT A**

# Schrieber, Zack

| | |
|---|---|
| **From:** | Schrieber, Zack |
| **Sent:** | Friday, September 19, 2025 1:22 PM |
| **To:** | wph@hendersonlawllc.com; patrick@hendersonlawllc.com; sam.alberts@dentons.com; p.lincoln@ellis-law.com |
| **Cc:** | jconnolly@zuckerman.com; wmurphy@zuckerman.com; KMacKinnonMorrow@zuckerman.com; mac@mbvesq.com; Karlan, Matthew; Gansler, Douglas |
| **Subject:** | RE: Engelhorn et al v. Bolog et al 1:25-AP-00159 - Bolog Defendants' First Set of Document Requests to C. Engelhorn |

Counsel,

As you know, we served document requests on behalf of the Bolog Parties on the Engelhorn Parties on July 23, 2025. Under FRCP 34(b)(2)(A), as incorporated into this proceeding under Rule 7034 of the Federal Rules of Bankruptcy Procedure, the time to respond to such document requests was thirty (30) days thereafter, on August 22, 2025. We did not receive any documents or responses and objections by August 22, 2025, nor have you have sought any extension of time by which to respond. Accordingly, any such objections are waived, as "a failure to timely object … constitute[s] a waiver of any such objections." *Int'l Painters & Allied Trades Indus. Pension Fund v. Niles Indus. Coatings, LLC*, 2023 WL 5368040, at *2-*3 (D. Md. Aug. 22, 2023); *accord Myrdal v. D.C.*, 2007 WL 1655875, at *3 (D.D.C. June 7, 2007) ("any objections . . . are waived because defendant . . . failed to provide their answers and objections to plaintiff's interrogatories and document requests in a timely manner").

Please advise when you will be producing documents responsive to the document requests, and confirm that you will do so by no later than September 30, 2025.

Best,

**Zachary Schrieber**
*Associate*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Tel: +1 (212) 504-6166
Fax: +1 (212) 504-6666
zack.schrieber@cwt.com
www.cadwalader.com

---

**From:** Schrieber, Zack
**Sent:** Wednesday, July 23, 2025 4:47 PM
**To:** 'wph@hendersonlawllc.com' <wph@hendersonlawllc.com>; 'patrick@hendersonlawllc.com' <patrick@hendersonlawllc.com>; 'sam.alberts@dentons.com' <sam.alberts@dentons.com>; p.lincoln@ellis-law.com
**Cc:** 'jconnolly@zuckerman.com' <jconnolly@zuckerman.com>; 'wmurphy@zuckerman.com' <wmurphy@zuckerman.com>; 'KMacKinnonMorrow@zuckerman.com' <KMacKinnonMorrow@zuckerman.com>; 'mac@mbvesq.com' <mac@mbvesq.com>; Karlan, Matthew <Matthew.Karlan@cwt.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>
**Subject:** Engelhorn et al v. Bolog et al 1:25-AP-00159 - Bolog Defendants' First Set of Document Requests to C. Engelhorn

Counsel,

1

Please see attached.

**Zachary Schrieber**
*Associate*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Tel: +1 (212) 504-6166
Fax: +1 (212) 504-6666
zack.schrieber@cwt.com
www.cadwalader.com