**EXHIBIT B**

# HENDERSON | LAW

September 23, 2025

**SEND VIA EMAIL (zack.schrieber@cwt.com)**
Zachary Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
200 Liberty Street
New York, NY  10281

      RE:    Claudia Engelhorn, et al. v. Erik D. Bolog, et al.
              Case No.: 1:25-AP-00159

Dear Mr. Schrieber,

      I am writing in follow-up to my email dated September 19, 2025, wherein I responded to your clients' contention that Plaintiffs/Counter-Defendants have not timely responded to the Bolog Parties' Rule 34 requests for production of documents.  It is my clients' position that the responses are not yet due, as they are premature.  As you know, this matter was removed to the United States Bankruptcy Court for the District of Maryland and, as such, the Scheduling Order issued by the Circuit Court for Baltimore City, Maryland is no longer in effect.

      As you likely know, Federal Rule of Civil Procedure 26 applies to adversary proceedings.  Federal Rule of Civil Procedure 26(d) provides that, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."  Fed. R. Civ. P. 26(d)(1).  Rule 26(f), in turn, provides that "[e]xcept in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  Fed. R. Civ. P. 26(f)(1).  While Rule 26(d)(2) permitted the Bolog Parties to serve "early" requests for production of documents, they are only considered served as of the date of the first Rule 26(f) conference.  *See* Fed. R. Civ. P. 26(d)(2)(B).

      In short, the requirements of Fed. R. Civ. P. 26(d) have not been satisfied.  There is no Scheduling Order, and there is no Scheduling Conference calendared.  In fact, the case is in the midst of a change in venue.  As such, the Bolog Parties' requests for production of documents are not yet deemed served and are premature.  *See* Fed. R. Civ. P. 26(d)(2).  If you disagree with the Plaintiffs/Counter-Defendants' position, I invite you to meet and confer remotely to discuss this discovery dispute.  Otherwise, we will serve appropriate objections and responses to your clients' document requests when the appropriate time comes.

Letter to Schrieber re discovery
September 23, 2025
Page 2

      Should you have any questions or concerns, do not hesitate to contact me.

                Very cordially yours,

                /s/ WPH

                Wes P. Henderson

WPH/kd