**EXHIBIT C**

**Schrieber, Zack**

| | |
|---|---|
| **From:** | Wes Henderson <wph@hendersonlawllc.com> |
| **Sent:** | Wednesday, October 1, 2025 10:11 AM |
| **To:** | Karlan, Matthew; Katie Dold |
| **Cc:** | Schrieber, Zack; Gansler, Douglas; Patrick Gardiner; Sam J. Alberts; Patricia Lynn Lincoln |
| **Subject:** | RE: Engelhorn, et al. v. Bolog, et al. |

[ WARNING: External Email ]

This email apparently did not leave my outbox yesterday.  Sorry for any confusion.

Dear Matthew,

I am writing to clarify my clients' position regarding the upcoming discovery call, which you have referred to as a Rule 26(f) conference.  To be clear, I do not view this call as a Rule 26(f) conference, nor do I believe such a conference is appropriate at this time.

As you know, the motion to abstain and remand remains pending before the Bankruptcy Court.  I believe that any Rule 26(f) conference should only occur—if at all—in the event that the Bankruptcy Court denies that motion.  That is also why my clients have not asked the Bankruptcy Court to rule on the pending motion for sanctions against your clients, as we believe that issue should be addressed only if the Court declines to abstain and remand.

To avoid any confusion, I also want to make clear that nothing in our communications or conduct should be construed as waiving any appellate rights in the event the Bankruptcy Court denies the motion to abstain and remand.  My clients fully reserve all such rights.

In short, I believe a Rule 26(f) conference would be premature at this stage.  I envision the upcoming call as limited to addressing the status of the document requests that have not yet been deemed served, and I am happy to discuss those items accordingly.  Unless I hear from you to the contrary, I will presume that we are still scheduled to talk at 11 AM tomorrow.

Regards,

Wes



**Wes P. Henderson, Esquire**

Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: wph@hendersonlawllc.com
Web: www.HendersonLawLLC.com



**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

---

**From:** Karlan, Matthew <Matthew.Karlan@cwt.com>
**Sent:** Thursday, September 25, 2025 3:42 PM
**To:** Katie Dold <KDold@hendersonlawllc.com>
**Cc:** Schrieber, Zack <Zack.Schrieber@cwt.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>; Wes Henderson <wph@hendersonlawllc.com>; Patrick Gardiner <patrick@hendersonlawllc.com>; Sam J. Alberts <sam.alberts@dentons.com>; Patricia Lynn Lincoln <p.lincoln@ellis-law.com>
**Subject:** Re: Engelhorn, et al. v. Bolog, et al.


Wes, can you please clarify: is it your position that all discovery requests are inoperative at this point, or just the ones we served? Please let us know. Also, without conceding or agreeing with your position that a Rule 26(f) conference is needed at this point post-removal, let's have one next week so that doesn't hold things up.  I can be available Monday through Wednesday, so just send me your availability.


Please also provide dates when Ms. Engelhorn is available for her deposition.


Matthew M. Karlan
+1 (212) 504-6169


> On Sep 23, 2025, at 5:12 PM, Katie Dold <KDold@hendersonlawllc.com> wrote:
>
>
> Dear Mr. Schrieber;
> Please see attached correspondence from Wes Henderson.

2

|  |  |
|---|---|
| <image001.png> | **Katie Dold**<br>**Paralegal**<br>Henderson Law, LLC<br><br>2127 Espey Court, Suite 204<br>Crofton, MD 21114<br>Phone: (410) 721-1979<br>Fax: (410) 721-2258<br>Email: kdold@hendersonlawllc.com<br>Web: www.HendersonLawLLC.com<br><br><image002.png><br><image003.png><br><image004.png> |

**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

<2025.09.23 Letter to Schrieber re discovery.pdf>

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.