# **EXHIBIT D**

**Schrieber, Zack**

| | |
|---|---|
| **From:** | Wes Henderson <wph@hendersonlawllc.com> |
| **Sent:** | Monday, October 13, 2025 10:19 AM |
| **To:** | Karlan, Matthew; Alberts, Sam J.; Patricia (Tricia) L. Lincoln (p.lincoln@ellis-law.com); Patrick Gardiner; Katie Dold |
| **Cc:** | Connolly, John; William J. Murphy Esq. (wmurphy@zuckerman.com); Schrieber, Zack; Gansler, Douglas; Mac VerStandig |
| **Subject:** | RE: Scheduling |

[ WARNING: External Email ]

Good morning, Matthew.

Patrick is out dealing with an illness today, but I will try to get a document circulated either later today or early tomorrow morning.

Regards,
Wes



**Wes P. Henderson, Esquire**
Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: wph@hendersonlawllc.com
Web: www.HendersonLawLLC.com



**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

**From:** Karlan, Matthew <Matthew.Karlan@cwt.com>
**Sent:** Friday, October 10, 2025 2:20 PM
**To:** Wes Henderson <wph@hendersonlawllc.com>; Alberts, Sam J. <sam.alberts@dentons.com>; Patricia (Tricia) L.

Lincoln (p.lincoln@ellis-law.com) <p.lincoln@ellis-law.com>; Patrick Gardiner <patrick@hendersonlawllc.com>; Katie Dold <KDold@hendersonlawllc.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>; William J. Murphy Esq. (wmurphy@zuckerman.com) <wmurphy@zuckerman.com>; Schrieber, Zack <Zack.Schrieber@cwt.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>; Mac VerStandig <mac@dcbankruptcy.com>
**Subject:** RE: Scheduling

Wes, if you have a proposal, perhaps you could send it around and then we'll see if we need a call? I could likely make most afternoon times on the 14th or 15th if needed.

O: (212) 504-6169 | M: +1 (917) 613-9164

**From:** Wes Henderson <wph@hendersonlawllc.com>
**Sent:** Friday, October 10, 2025 1:47 PM
**To:** Alberts, Sam J. <sam.alberts@dentons.com>; Patricia (Tricia) L. Lincoln (p.lincoln@ellis-law.com) <p.lincoln@ellis-law.com>; Patrick Gardiner <patrick@hendersonlawllc.com>; Katie Dold <KDold@hendersonlawllc.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>; William J. Murphy Esq. (wmurphy@zuckerman.com) <wmurphy@zuckerman.com>; Schrieber, Zack <Zack.Schrieber@cwt.com>; Karlan, Matthew <Matthew.Karlan@cwt.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>; Mac VerStandig <mac@dcbankruptcy.com>
**Subject:** Scheduling

Dear Counsel,

Judge Gunn has scheduled a Scheduling Conference for October 29, 2025, at 11:00 AM. The Court has directed that we confer beforehand to determine whether we can agree on a proposed schedule.

I am generally available on October 14th and 15th to have the conference. I am happy to circulate a proposed Scheduling Order for your review in advance of the conference so that we have a document to work from. If the 14th or 15th do not work on your end, please send me alternative dates for consideration.

Please let me know your availability, and we can proceed accordingly. Have a good weekend.

Regards,
Wes



**Wes P. Henderson, Esquire**

Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: wph@hendersonlawllc.com
Web: www.HendersonLawLLC.com



**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.