**EXHIBIT E**

## Schrieber, Zack

| | |
|---|---|
| **From:** | Alberts, Sam J. <sam.alberts@dentons.com> |
| **Sent:** | Tuesday, October 14, 2025 10:34 AM |
| **To:** | Karlan, Matthew; William J. Murphy Esq. (wmurphy@zuckerman.com); Gansler, Douglas; Connolly, John; Schrieber, Zack; Mac VerStandig |
| **Cc:** | Wes Henderson; Patricia (Tricia) L. Lincoln (p.lincoln@ellis-law.com); Patrick Gardiner; Katie Dold; Cook, David F.-Associate; Chew, Elysa; Medina, George L. |
| **Subject:** | RE: Scheduling |

[ WARNING: External Email ]

All:

Good morning. I hope you had a good extended holiday weekend.

Civil Action Scheduling Order. It may take a few more days to circulate a draft of the scheduling order and set up a call to discuss any issuers. Since the status conference on this order is scheduled for the 29th, I trust the current timing will cause no consternation.

Plan Scheduling Order. Mac, where are you with respect to circulating a proposed Plan scheduling order, which is subject to a rapidly approaching deadline?

Sam J. Alberts
Partner

+1 202 408 7004   |   +1 202 321 0777
Washington, DC

---

**From:** Wes Henderson <wph@hendersonlawllc.com>
**Sent:** Friday, October 10, 2025 1:47 PM
**To:** Alberts, Sam J. <sam.alberts@dentons.com>; Patricia (Tricia) L. Lincoln (p.lincoln@ellis-law.com) <p.lincoln@ellis-law.com>; Patrick Gardiner <patrick@hendersonlawllc.com>; Katie Dold <KDold@hendersonlawllc.com>
**Cc:** Connolly, John <jconnolly@zuckerman.com>; William J. Murphy Esq. (wmurphy@zuckerman.com) <wmurphy@zuckerman.com>; Schrieber, Zack <zack.schrieber@cwt.com>; Karlan, Matthew <matthew.karlan@cwt.com>; Douglas Gansler (Douglas.Gansler@cwt.com) <Douglas.Gansler@cwt.com>; Mac VerStandig <mac@dcbankruptcy.com>
**Subject:** Scheduling

**[WARNING: EXTERNAL SENDER]**

Dear Counsel,

1

Judge Gunn has scheduled a Scheduling Conference for October 29, 2025, at 11:00 AM.  The Court has directed that we confer beforehand to determine whether we can agree on a proposed schedule.

I am generally available on October 14th and 15th to have the conference.  I am happy to circulate a proposed Scheduling Order for your review in advance of the conference so that we have a document to work from.  If the 14th or 15th do not work on your end, please send me alternative dates for consideration.

Please let me know your availability, and we can proceed accordingly.  Have a good weekend.

Regards,
Wes



**Wes P. Henderson, Esquire**
Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: wph@hendersonlawllc.com
Web: www.HendersonLawLLC.com



**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.