**EXHIBIT G**

# Schrieber, Zack

| | |
|---|---|
| **From:** | Patrick Gardiner <patrick@hendersonlawllc.com> |
| **Sent:** | Thursday, November 13, 2025 11:09 AM |
| **To:** | Karlan, Matthew; John Connolly |
| **Cc:** | Shannen Osborne; Schrieber, Zack; Sam J. Alberts; Wes Henderson; Patricia L. Lincoln; David F.-Associate Cook; Elysa Chew; George L. Medina; Bill Murphy; Gansler, Douglas; Mac VerStandig |
| **Subject:** | RE: Engelhorn v. Bolog et al., Discovery and Depositions |

[ WARNING: External Email ]

Matt,

Plaintiffs agree that it makes sense to adjourn the deposition until the outstanding document production and amendment issues are resolved. To address the pressing issue of the Bolog Parties' opposition deadline, if the Bolog Parties agree that they are not going to attempt a deposition on the 17th, then I will file a withdrawal of the Motion to Stay/Protective Order today.

Plaintiffs are currently finalizing logistics with an IT vendor to conduct a search of the Plaintiffs' emails using the list of terms provided. At this time, it is difficult to predict how long our process will take, as Plaintiffs do not yet know how voluminous the results will be. Presently, it is premature to set a specific date for the completion of all document production. That said, we fully expect that the parties will work cooperatively to schedule depositions once their respective productions are complete.

Plaintiffs are willing to consider withdrawing the Motion for Discovery Sanctions if the Bolog Parties produce a full and complete set of responsive documents. Plaintiffs respectfully disagree that the Bolog Parties' production obligations are limited to Mr. Bolog's personal email account or text messages mentioned on the last call. The Circuit Court's Order granting the motion to compel was not so limited, nor were the underlying document requests.

Let me know,
-Patrick



### Patrick D. Gardiner, Esquire
Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: patrick@hendersonlawllc.com
Web: www.HendersonLawLLC.com



1

**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

**From:** Karlan, Matthew <Matthew.Karlan@cwt.com>
**Sent:** Tuesday, November 11, 2025 6:13 PM
**To:** John Connolly <jconnolly@zuckerman.com>
**Cc:** Patrick Gardiner <patrick@hendersonlawllc.com>; Shannen Osborne <Shannen@hendersonlawllc.com>; Schrieber, Zack <Zack.Schrieber@cwt.com>; Sam J. Alberts <sam.alberts@dentons.com>; Wes Henderson <wph@hendersonlawllc.com>; Patricia L. Lincoln <p.lincoln@ellis-law.com>; David F.-Associate Cook <david.f.cook@dentons.com>; Elysa Chew <elysa.chew@dentons.com>; George L. Medina <george.medina@dentons.com>; Bill Murphy <wmurphy@zuckerman.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>; Mac VerStandig <mac@dcbankruptcy.com>
**Subject:** Re: Engelhorn v. Bolog et al., Discovery and Depositions

In a further effort to solve everyone's problems, we propose the following:

1. The parties agree to a mutual date by which all parties shall confirm their production is complete. Without limitation, that will include plaintiff conducting the additional searches requested by WTP and the Bolog Parties producing any additional documents from the personal email account raised during our last call.

2. The Bolog parties will agree to adjourn plaintiff's deposition to a mutually agreed date after a decision or other stip resolving plaintiff's pending motion to amend.

3. Plaintiffs will withdraw their motion for a protective order as moot, the parties having agreed to adjourn plaintiff's deposition but proceed with completing document production.

4. Based on these agreements, Plaintiffs will withdraw their motion for discovery sanctions / contempt against the Bolog Parties.

Let us know your thoughts.

Matthew M. Karlan
+1 (212) 504-6169

> On Oct 31, 2025, at 5:27 PM, Connolly, John <jconnolly@zuckerman.com> wrote:
>
> In an effort to get the email search moving, attached is a proposed list of search terms for the Engelhorn emails. I'm attaching it in word as well as pdf to facilitate edits and comments from any party, as it may make sense to run terms once rather than have multiple requests. To that end, we may have some additions or subtractions after we see other comments.

2