**EXHIBIT H**

E-SERVED Baltimore City Circuit Court 5/14/2025 2:45 PM System SystemEnvelope:21202046
Case 25-10044-ELG   Doc 86-8   Filed 11/13/25   Entered 11/13/25 19:43:06   Desc
Exhibit H   Page 2 of 3

E-FILED; Baltimore City Circuit Court
Docket: 5/14/2025 2:45 PM; Submission: 5/14/2025 2:45 PM
Envelope: 21202046

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| **CLAUDIA ENGELHORN, ET AL.** ) | |
|  ) | |
| *Plaintiffs* ) | |
|  ) | |
| v.  ) | **Case No.: C-24-CV-24-002631** |
|  ) | |
| **ERIK D. BOLOG, ET AL.** ) | |
|  ) | |
| *Defendants*.  ) | |

### AMENDED ORDER

Upon consideration of the Parties Consent Motion to Modify Scheduling Order, and upon a finding of good cause, it is this **14th** day of **May**, 2025 hereby:

ORDERED, that the Consent Motion to Modify Scheduling Order is GRANTED; and the Scheduling Order is modified as follows:

| Event | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Plaintiff(s) expert witness disclosures | 5/12/2025 | 8/11/2025 |
| Filing of any amended Pleadings | 7/11/2025 | 10/09/2025 |
| Joinder of any additional parties | 7/11/2025 | 10/09/2025 |
| Defendant(s) expert witness disclosures | 8/11/2025 | 11/10/2025 |
| Plaintiff(s) rebuttal expert disclosures | 9/09/2025 | 12/08/2025 |
| Completion of all discovery | 10/09/2025 | 1/07/2026 |
| Completion of any ADR proceeding | 11/10/2025 | 2/08/2026 |
| Filing of any dispositive motion(s) and any motion(s) to exclude expert testimony, including request(s) for *Daubert-Rochkind* hearing | 11/10/2025 | 2/08/2026 |
| Pre-trial and settlement conference | 1/12/2026 | 04/13/2026 (9:30 AM) |

| Any additional motions *in limine* | 1/23/2026 (20 days before trial) | 05/26/2026 |
| First day of trial | February 12, 2026 | 06/15/2026 |

05/14/2025 2:23:30 PM

_____
Judge, Circuit Court for Baltimore City, Maryland

Copies to:
All counsel of record (via MDEC)

*Pro se* Parties via first class mail:

   Michael Postal
   1801 16th Street NW, Apt 608
   Washington, DC 20009

   POJO LaPlata, LLC
   4302 Broken Arrow Court, Apt 606
   Clinton, MD 20735

   Swain Landing LaPlata JC, LLC
   4302 Broken Arrow Court
   Clinton, MD 20735

   Tenacity Investment, LLC
   7333 New Hampshire Ave., Unit 103
   Takoma Park, MD 20912

Entered: Clerk, Circuit Court for Baltimore City, MD
May 14, 2025