## **EXHIBIT I**

**Schrieber, Zack**

| | |
|---|---|
| **From:** | Wes Henderson <wph@hendersonlawllc.com> |
| **Sent:** | Friday, September 26, 2025 12:40 PM |
| **To:** | Karlan, Matthew; Katie Dold |
| **Cc:** | Schrieber, Zack; Gansler, Douglas; Patrick Gardiner; Sam J. Alberts; Patricia Lynn Lincoln |
| **Subject:** | RE: Engelhorn, et al. v. Bolog, et al. |

[ WARNING: External Email ]

Dear Matthew:

We can make 11 AM on Wednesday for a call on our end.  If that time works for you, can you please send us a teams invite?  Thanks, and have a good weekend.

Regards,
Wes



### Wes P. Henderson, Esquire
Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: wph@hendersonlawllc.com
Web: www.HendersonLawLLC.com



**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

**From:** Karlan, Matthew <Matthew.Karlan@cwt.com>
**Sent:** Thursday, September 25, 2025 3:42 PM
**To:** Katie Dold <KDold@hendersonlawllc.com>
**Cc:** Schrieber, Zack <Zack.Schrieber@cwt.com>; Gansler, Douglas <Douglas.Gansler@cwt.com>; Wes Henderson <wph@hendersonlawllc.com>; Patrick Gardiner <patrick@hendersonlawllc.com>; Sam J. Alberts

<sam.alberts@dentons.com>; Patricia Lynn Lincoln <p.lincoln@ellis-law.com>
**Subject:** Re: Engelhorn, et al. v. Bolog, et al.


Wes, can you please clarify: is it your position that all discovery requests are inoperative at this point, or just the ones we served? Please let us know. Also, without conceding or agreeing with your position that a Rule 26(f) conference is needed at this point post-removal, let's have one next week so that doesn't hold things up.  I can be available Monday through Wednesday, so just send me your availability.


Please also provide dates when Ms. Engelhorn is available for her deposition.


Matthew M. Karlan
+1 (212) 504-6169


On Sep 23, 2025, at 5:12 PM, Katie Dold <KDold@hendersonlawllc.com> wrote:


Dear Mr. Schrieber;
Please see attached correspondence from Wes Henderson.



**Katie Dold**

**Paralegal**

Henderson Law, LLC

2127 Espey Court, Suite 204
Crofton, MD 21114
Phone: (410) 721-1979
Fax: (410) 721-2258
Email: kdold@hendersonlawllc.com
Web: www.HendersonLawLLC.com

<image002.png>
<image003.png>
<image004.png>

**CONFIDENTIALITY NOTICE AND DISCLAIMER**
This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify me immediately that you have received this message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.

**TAX INFORMATION**
Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.


<2025.09.23 Letter to Schrieber re discovery.pdf>

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.