**EXHIBIT J**

## NOTICE OF GIFT

TO: ERIK D. BOLOG

FROM: CLAUDIA A. ENGELHORN

REGARDING: INTENT TO MAKE A GIFT TO ERIK D. BOLOG

DATE: OCTOBER 11, 2021

---

Dear Erik,

The purpose of this Notice of Gift is to set forth my intentions relating to making a gift to an irrevocable trust for the benefit of you and your family.

1. The Swiss Litigation has concluded, resulting in an enormous payment to me personally, thanks to your leadership, skill and guidance of this cross-border matter. You and I battled this matter between the United States, Switzerland and Monaco, during the heart of the Covid pandemic. You risked yourself for me. You were much more than a lawyer, but, were also my social worker (for me), strategist and confidant. You believed in me when all others, including our Swiss team, turned on me.

2. I have paid all legal fees owed to Whiteford Taylor and Preston, PLLC. Moreover, I have funded a significant escrow (over $400,000) at your firm for all future work that will be done on my behalf. If that escrow is exhausted, I will replenish it.

3. I recently approached you and let you know that I, as a result of our friendship and my financial ability to do so, had determined to fund as a grantor, $10M USD to an irrevocable trust for your family. You never requested anything from me other than what was due your law firm pursuant to the retainer agreement.

4. In fact, after hearing about my intention relating to funding the irrevocable trust on behalf of your family, you strongly tried to discourage the gift. As you have learned over the past several years, I am not easily discouraged and once I have decided to do something, I do it.

5. The gift has nothing to do with the legal services that you have provided to me, nor any legal services that you or your firm will perform on my behalf prospectively. As stated above, all legal fees and expenses are paid and the firm is well funded by me for future work to be done on my behalf and as the Life Trustee of the Mannheim Trust.

6. After realizing that you were not going to change my mind relating to the making of the gift referenced above, you advised (begged) me to hire independent counsel to advise me relating to the gift, so that no one could ever suggest that you influenced me in any way nor took advantage of me and our relationship in any way relating to the gift. You also advised me that independent counsel should review the gift and any conveyance documents to avoid any appearance of impropriety or a conflict of interest. I assessed your admonishment relating to retaining independent counsel relating to the gift and independently determined that I did not wish to follow your guidance in relation to the hiring of another attorney to review the gift nor the documentation of the gift. I completely understand all of the issues relating to the gift and the documentation necessary for completing it.

7. The gift to the trust for the benefit of you and your family is being made by me because of our relationship and my desire to share my good fortune with my very dear friend and his family.

8. I want to be perfectly clear, the gift has nothing to do with your law firm, nor legal services that you have or will provided to me.

IN WITNESS WHEREOF, I, **CLAUDIA ENGELHORN**, have hereunto set my hand and seal this 11th day of October, 2021.

Signed, sealed and delivered
in the presence of:

_____        _____(SEAL)
                                  **CLAUDIA ENGELHORN**

**STATE OF** Massachusetts ;
**CITY/COUNTY OF** Barnstable _____, to-wit:

The foregoing instrument was acknowledged before me on the 11th day of Octob_____, 2021 by **CLAUDIA ENGELHORN**, Grantor.

_____
Notary Public

SARAH K. MAYO
Notary Public
Massachusetts
My Commission Expires
Aug 29, 2025

My commission expires: 08/29/2025
Notary Registration No.: n/a