UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>        Debtor.<br><br>---<br><br>Claudia Engelhorn, *et al*.<br><br>        Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>        Defendants. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |

### ORDER GRANTING PLAINTIFFS RENEWED MOTION FOR REMAND AND/OR ABSTENTION

Upon consideration of the Plaintiffs' Renewed Motion for Remand and/or Abstention, and any response thereto, it is this _____ day of _____, 2025, hereby:

**ORDERED,** that Plaintiffs' Motion is GRANTED; and it is further

**ORDERED,** that this Civil Action shall be remanded to the Circuit Court for Baltimore City, Maryland.

**SO ORDERED.**