E-SERVED Baltimore City Circuit Court 6/4/2025 2:33 PM System SystemEnvelope:21497082
Case 25-10044-ELG   Doc 87-7   Filed 11/18/25   Entered 11/18/25 14:58:42   Desc
Exhibit E   Page 1 of 2

E-FILED; Baltimore City Circuit Court
Docket: 6/4/2025 2:33 PM; Submission: 6/4/2025 2:33 PM
Envelope: 21497082

| | | |
|---|---|---|
| **CLAUDIA ENGLEHORN, et al.,** | * | **IN THE** |
| Plaintiffs, | * | **CIRCUIT COURT** |
| v. | * | **FOR** |
| **WHITEFORD, TAYLOR & PRESTON, LLP, et al.,** | * | **BALTIMORE CITY** |
| | * | |
| Defendants. | * | Case No.: C-24-CV-24-002631 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DENYING PETITION TO COMPEL ARBITRATION

Before the court is Bolog Defendants' Petition for an Order Compelling Arbitration and Staying Proceedings (the "Petition to Compel Arbitration"), filed on April 18, 2025, to which Plaintiffs filed a Response in Opposition (the "Opposition") on May 5, 2025. Having reviewed the Petition to Compel Arbitration, the Opposition, and other relevant case filings, and finding that: (1) the Revocable Trust Agreement of Claudia Englehorn (the "Revocable Trust") is governed by Virginia law under which disputes arising from a trust instrument are not subject to compulsory arbitration, as argued in Section A of the Opposition; (2) the Bolog Defendants have waived through their actions and ommissions their right to compel arbitration (to the extent any such right may have at one time existed), as argued in Section B of the Opposition; and (3) the claims for which the Bolog Defendants seek to compel arbitration are not subject to the arbitration provision contained in the Revocable Trust, as argued in Section E of the Opposition, it is this 4th day of June, 2025:

**ORDERED** that the Petition to Compel Arbitration is **DENIED**; and it is further

**ORDERED** that the motions hearing scheduled in this case for June 11, 2025, will only address Counter-Defendants' Motion to Dismiss Counterclaim, filed on April 22, 2025.

06/04/2025 1:28:11 PM

_____
Paul J. Cucuzzella, Associate Judge
Circuit Court for Baltimore City, Part 7

Entered: Clerk, Circuit Court for
Baltimore City, MD
June 4, 2025

2