**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>                 Debtor. | Case No. 25-184-ELG<br>(Chapter 11) |
| Claudia Engelhorn, *et al*.<br><br>                 Plaintiffs,<br><br>                 v.<br><br>Erik D. Bolog, *et al*.<br><br>                 Defendants. | Adv. Proc. No. 25-10044-ELG |

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT (ECF NO. 79)**

The Engelhorn Parties,[1] the Bolog Parties,[2] and Whiteford, Taylor & Preston LLP ("WTP" and collectively with the Engelhorn Parties and the Bolog Parties, the "Parties") respectfully enter into and submit this Stipulation concerning the Engelhorn Parties' *Motion for Leave to Amend Complaint* (ECF No. 79) (the "Motion to Amend") in the above-captioned adversary proceeding currently pending in the United States Bankruptcy Court for the District of Columbia (the "Court").

**WHEREAS** on October 30, 2025, the Engelhorn Parties filed the Motion to Amend seeking to obtain leave to file a third amended complaint in the above-captioned adversary

---

[1] The "Engelhorn Parties" collectively refers to plaintiffs Claudia Engelhorn, individually ("Ms. Engelhorn") and as trustee of the Whitewater Revocable Trust dated September 30, 2021 ("Whitewater Trust"), and White Pearl, LLC ("White Pearl").

[2] The "Bolog Parties" collectively refers to defendants Erik D. Bolog ("Mr. Bolog"), Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October 11, 2021, Science Park Associates, LLC ("Science Park"), and Darnestown Road, Inc. ("Darnestown Road").

proceeding.

**WHEREAS** on November 12, 2025, the Parties filed a *Stipulation* (ECF No. 85, the "First Stipulation") jointly agreeing to extend the time to object or otherwise respond to the Motion to Amend to November 20, 2025.

**WHEREAS** on November 20, 2025, the Parties filed a second *Stipulation* (ECF No. 88, the "Second Stipulation") jointly agreeing to extend the time to object or otherwise respond to the Motion to Amend to November 25, 2025.

**WHEREAS** the current deadline to object or otherwise respond to the Motion to Amend is November 25, 2025.

**WHEREAS** the Parties agree that a further extension of time to object or otherwise respond to the Motion to Amend is warranted to facilitate discussions to potentially resolve the Motion to Amend.

**IT IS HEREBY STIPULATED AND AGREED-TO BY THE PARTIES:**

1. The deadline for the Bolog Parties and WTP to object or otherwise respond to the Motion to Amend is hereby extended by fourteen (14) days to December 9, 2025.

2. The Parties agree that the deadlines set forth above may be further modified or extended upon a written agreement between the Parties and filed with the Court or as otherwise ordered by the Court.

Dated:   November 25, 2025

| | |
|---|---|
| **CADWALADER, WICKERSHAM & TAFT LLP** | **ZUCKERMAN SPAEDER LLP** |
| By: *[signature]* | By: */s/ John J. Connolly* |
| Douglas F. Gansler (Bar Number 425465)<br>1919 Pennsylvania Ave NW<br>Washington, DC 20006<br>202 862 2300<br>Douglas.Gansler@cwt.com | William J. Murphy (#350371)<br>John J. Connolly (#495388)<br>Kirk E. MacKinnon Morrow (#MD0235)<br>100 E. Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>410 332 0444<br>410 659 0436 (fax)<br>wmurphy@zuckerman.com<br>jconnolly@zuckerman.com<br>kmackinnonmorrow@zuckerman.com |
| Matthew M. Karlan*<br>200 Liberty Street<br>New York, New York 10281<br>Matthew.Karlan@cwt.com | *Attorneys for Defendant Whiteford, Taylor & Preston, LLP* |
| **pro hac vice* pending | |
| *Attorneys for Defendants Erik D. Bolog, individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC* | |

**HENDERSON LAW LLC**

By: */s/ PDG*

Wes P. Henderson (DC Bar #502935)
Patrick Gardiner (DC Bar #1630864)
2127 Espey Court, Suite 204
Crofton, MD 21114
410 721 1979
410 721 2258 (fax)
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs*

3


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2025, a copy of the foregoing was served on counsel of record electronically via CM/ECF, and remaining parties by first class mail.

**Counsel of Record Served via CM/ECF:**
Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick.hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Swain Landing LaPlata JC, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Respectfully,

*/s/ Douglas Gansler*

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

4