Sam J. Alberts (DC Bar # 443260)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,*
*Individually and on behalf of the Whitewater Revocable Trust,*
*and White Pearl, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>**Debtor.** | Case No. 25-00184-ELG<br><br>Chapter 11 |
| Claudia Engelhorn, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>Erik D. Bolog, *et al.*<br><br>**Defendants.** | Adv. Proc. No.: 25-10044- ELG<br>Transferred from the U.S. Bankruptcy Court<br>for the District of Marland<br><br>**Re**: Docket Nos. 79, 81 and 87<br><br>**Hearing Date**:  January 6, 2026<br>**Hearing Time**:  10:00 a.m. prevailing<br>                          Eastern Time |

## NOTICE OF STATUS CONFERENCE AND HEARINGS ON MOTIONS

**PLEASE TAKE NOTICE** that on October 30, 2025, Plaintiffs filed a *Motion for Leave to file Amended Complaint* [Docket No. 79] which attached a proposed third amended complaint (collectively, the "Motion to Amend"). **The deadline to file objections to the Motion to Amend was extended by consent to December 9, 2025**. It is highly probably that the Motion to Amend will be resolved through agreement of the parties and agreed order of the Court without the need for a hearing.

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2025, Plaintiffs filed *Plaintiffs' Motion to Stay Discovery or in the Alternative Motion for Protective Oder* [Docket No. 81] (the "Discovery Stay Motion" and referred to collectively with the Motion to Amend and the Renewed Remand Motion as the "Pending Motions" and each a "Pending Motion"). On November 11, 2025, the Bolog Parties[1] filed a *Response to the Discovery Stay Motion* [Docket No. 86] (the "Bolog Discovery Response"). **The deadline for all other objections to the Discovery Stay Motion has expired.**

**PLEASE TAKE FURTHER NOTICE** that on November 18, 2025, Plaintiffs filed a *Renewed Motion for Remand and/or Abstention* [Docket No. 87] (the "Renewed Remand Motion" **The deadline for parties, other than the Bolog Parties, to respond to Renewed Remand Motion has expired. The deadline for the Bolog Parties to respond is December 9, 2025.**

**PLEASE TAKE FURTHER NOTICE** after consulting with the Court and the remaining defendants, a status conference on  the adversary proceeding and **hearings on the Pending Motions will be held on January 6, 2026, 10:00 a.m. by Zoom** on the Pending Motions and all related briefings **and** applicable filings and briefings filed in the adversary proceeding and bankruptcy case.

---

[1] The Bolog Parties refers to defendants Erik D. Bolog, Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October 11, 2011, Science Park Associates, LLC and Darnestown Road, Inc.

For Zoom information, please email Gunn_Hearings@dcb.uscourts.gov. Parties in interest with questions may contact the undersigned.

Dated: December 4, 2025.

/s/ Sam J. Alberts
Sam J. Alberts (DC Bar # 443260)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 496-7500
Email: sam.alberts@dentons.com

and

Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater
Revocable Trust, and White Pearl, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4rd day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein and by first-class mail upon the parties listed below.

*/s/ Sam J. Alberts*
Sam J. Alberts


**Counsel of Record Served via CM/ECF:**

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
Henderson Law, LLC
2127 Espey Court Suite
204 Crofton, MD 21114

-and

Sam J. Alberts (sam.alberts@dentons.com)
Dentons US LLP
1900 K St NW
Washington, DC 20006

-and

Patricia L. Lincoln (p.lincoln@ellis-law.com)
Ellis Law Group, P.L.
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
Kirk MacKinnon Morrow (kmackinnonnmorrow@zuckerman.com)
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*

Douglas F. Gansler (douglas.gansler@cwt.com)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006

and

Matthew M. Karlan (Matthew.Karlan@cwt.com)
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

**Parties Served *via* First Class Mail:**

Tenacity Investments, LLC
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

Michael Postal
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

POJO LaPlata LLC
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Subchapter V Trustee
Angela Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666

U. S. Trustee for Region Four
Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314