# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> Swain Landing LaPlata JC, LLC <br><br> Debtor. | Case No. 25-184-ELG <br> (Chapter 11) |
| Claudia Engelhorn, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> Erik D. Bolog, *et al*. <br><br> Defendants. | Adv. Proc. No. 25-10044-ELG |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion for Leave to Amend Complaint [ECF No.: 79] and the Parties' Stipulation regarding the same dated December 9, 2025 (the "Stipulation") it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED** subject to the terms and conditions set forth in the Stipulation, including with respect to the dismissal of certain claims with prejudice, which terms and conditions are incorporated in this order as if fully set forth herein;

2. The Plaintiffs may date and file the proposed Third Amended Complaint;

[Signed and dated above.]

Copies to: recipients of electronic notice.

8