Wes P. Henderson, Esq. (DC Bar #502935)
Patrick D. Gardiner, Esq. (DC Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
Email: wph@hendersonlawllc.com
Email:  patrick@hendersonlawllc.com

Sam J. Alberts (DC Bar # 443260)
David F. Cook (DC Bar #1708239)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 408-7004
Email: sam.alberts@dentons.com

*Co-Counsel for Claudia Engelhorn,
Individually and on behalf of the Whitewater Revocable Trust,
and White Pearl, LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor.<br><br>---<br><br>Claudia Engelhorn, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al*.<br><br>Defendants. | Chapter 11 Case No. 24-184-ELG<br>Adv. Proc. No. 25-10044-ELG<br>United States Bankruptcy Court<br>for the District of Columbia |

**PLAINTIFFS' RESPONSE TO NOTICE OF FAILURE TO PROSECUTE (ECF NO. 90)**

Plaintiffs and Counter-Defendants, Claudia Engelhorn, individually and as Trustee for the Whitewater Revocable Trust, as amended, and White Pearl, LLC (collectively "Plaintiffs"), hereby submit this Response to Notice of Failure to Prosecute (ECF No. 90), and respectfully state as follows:

1. On December 2, 2025, this Honorable Court issued a Notice of Failure to Prosecute (EF No. 90) identifying the following motions:

    a. Motion for Leave to File Amended Complaint [ECF No. 79; and

    b. Motion to Stay Discovery or, in the Alternative, Motion for Protective Order [ECF No. 81].

2. Plaintiffs intend to prosecute and move forward on all pending motions. Specifically:

    a. The Motion for Leave to File Amended Complaint is resolved by a stipulation awaiting Court approval and execution filed December 9, 2025 [ECF No. 93], and Plaintiffs will promptly file the Third Amended Complaint once this Court's executes that stipulation.

    b. The Motion to Stay Discovery or, in the Alternative, Motion for Protective Order remains fully briefed and is scheduled for hearing on January 6, 2026. Plaintiffs will appear and argue the motion and seek appropriate relief.

3. Plaintiffs aver that the Stipulation addressing the Motion for Leave to File Amended Complaint and the fully briefed Motion to Stay Discovery or, in the Alternative Motion for Protective Order, being set for a hearing on January 6, 2026, constitute good cause for the deferral of dismissal of said motions.

WHEREFORE, Plaintiffs request that this Honorable Court decline to dismiss ECF Nos. 79 and 81 for failure to prosecute and permit the motions to proceed to resolution.

Dated: December 15, 2025                  Respectfully submitted:

/s/     PDG
Wes P. Henderson, Esq. (Fed. Bar #502935)
Patrick D. Gardiner, Esq. (Fed. Bar #1630864)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs and Counter-Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103
Takoma Park, MD 20912

*Defendant pro se*

/s/       PDG
Patrick D. Gardiner, Esq. (Fed. Bar #1630864)