The order below is hereby signed.

Signed: December 23 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>     Debtor. | Case No. 25-184-ELG<br>(Chapter 11) |
| Claudia Engelhorn, *et al.*<br><br>     Plaintiffs,<br><br>     v.<br><br>Erik D. Bolog, *et al.*<br><br>     Defendants. | Adv. Proc. No. 25-10044-ELG |

## <u>ORDER</u>

Upon consideration of the Plaintiffs' Motion for Leave to Amend Complaint [ECF No.: 79] and the Parties' Stipulation regarding the same dated December 9, 2025 (ECF 93, the "Stipulation") it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED** subject to the terms and conditions set forth in the Stipulation, including with respect to the dismissal of certain claims with prejudice, which terms and conditions are incorporated in this order as if fully set forth herein;

2. The Plaintiffs may date and file the proposed Third Amended Complaint (ECF No. 79-2).

[End of Order]

Endorsed: December 23, 2025

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Douglas F. Gansler*

Douglas F. Gansler (Bar Number 425465)
1919 Pennsylvania Ave NW
Washington, DC 20006
202 862 2300
Douglas.Gansler@cwt.com

Matthew M. Karlan*
200 Liberty Street
New York, New York 10281
Matthew.Karlan@cwt.com

**pro hac vice* pending

*Attorneys for Defendants Erik D. Bolog,
individually and as Trustee of the JAREB
Irrevocable Trust Agreement dated October 11,
2021; Darnestown Road, Inc.; and Science
Park Associates, LLC*

**HENDERSON LAW LLC**

By: */s/ PDG*

Wes P. Henderson (#502935)
Patrick Gardiner (#1630864)
2127 Espey Court, Suite 204
Crofton, MD 21114
410 721 1979
410 721 2258 (fax)
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs*

**ZUCKERMAN SPAEDER LLP**

By: */s/ John J. Connolly*

William J. Murphy (#350371)
John J. Connolly (#495388)
Kirk E. MacKinnon Morrow (#MD0235)
100 E. Pratt Street, Suite 2440
Baltimore, Maryland 21202
410 332 0444
410 659 0436 (fax)
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Attorneys for Defendant Whiteford,
Taylor & Preston, LLP*

Copies to:
Counsel of Record Served via CM/ECF:

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Patrick Gardiner (patrick.hendersonlawllc.com)
Wes P. Henderson (wph@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
Kirk E. MacKinnon Morrow (kmackinnonmorrow@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Swain Landing LaPlata JC, LLC*

Douglas Gansler (douglas.gansler@cwt.com)
**Cadwalader, Wickersham & Taft LLP**
1919 Pennsylvania Avenue N.W.
Washington, DC 20006
*Attorneys for Defendants Erik D. Bolog, individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

Parties Served Via First Class Mail:

**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735


**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735