The order below is hereby signed.

Signed: December 23 2025

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>      Debtor. | Case No. 25-184-ELG<br>(Chapter 11) |
| Claudia Engelhorn, *et al.*<br><br>      Plaintiffs,<br><br>      v.<br><br>Erik D. Bolog, *et al.*<br><br>      Defendants. | Adv. Proc. No. 25-10044-ELG |

## ORDER

Upon consideration of the Plaintiffs' Motion for Leave to Amend Complaint [ECF No.: 79] and the Parties' Stipulation regarding the same dated December 9, 2025 (ECF 93, the "Stipulation") it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED** subject to the terms and conditions set forth in the Stipulation, including with respect to the dismissal of certain claims with prejudice, which terms and conditions are incorporated in this order as if fully set forth herein;

2. The Plaintiffs may date and file the proposed Third Amended Complaint (ECF No. 79-2).

[End of Order]

Endorsed: December 23, 2025

| | |
|---|---|
| **CADWALADER, WICKERSHAM & TAFT LLP** | **ZUCKERMAN SPAEDER LLP** |
| By:  /s/ *Douglas F. Gansler* | By:  /s/ *John J. Connolly* |
| Douglas F. Gansler (Bar Number 425465)<br>1919 Pennsylvania Ave NW<br>Washington, DC 20006<br>202 862 2300<br>Douglas.Gansler@cwt.com | William J. Murphy (#350371)<br>John J. Connolly (#495388)<br>Kirk E. MacKinnon Morrow (#MD0235)<br>100 E. Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>410 332 0444<br>410 659 0436 (fax)<br>wmurphy@zuckerman.com<br>jconnolly@zuckerman.com<br>kmackinnonmorrow@zuckerman.com |
| Matthew M. Karlan*<br>200 Liberty Street<br>New York, New York 10281<br>Matthew.Karlan@cwt.com | |
| *pro hac vice* pending | *Attorneys for Defendant Whiteford, Taylor & Preston, LLP* |
| *Attorneys for Defendants Erik D. Bolog, individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC* | |

**HENDERSON LAW LLC**

By:  /s/ *PDG*

Wes P. Henderson (#502935)
Patrick Gardiner (#1630864)
2127 Espey Court, Suite 204
Crofton, MD 21114
410 721 1979
410 721 2258 (fax)
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs*

Copies to:
Counsel of Record Served via CM/ECF:

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Patrick Gardiner (patrick.hendersonlawllc.com)
Wes P. Henderson (wph@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
Kirk E. MacKinnon Morrow (kmackinnonmorrow@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Swain Landing LaPlata JC, LLC*

Douglas Gansler (douglas.gansler@cwt.com)
**Cadwalader, Wickersham & Taft LLP**
1919 Pennsylvania Avenue N.W.
Washington, DC 20006
*Attorneys for Defendants Erik D. Bolog, individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*


Parties Served Via First Class Mail:

**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

Imaged Certificate of Notice    Page 5 of 8

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

United States Bankruptcy Court
District of Columbia

Engelhorn,
    Plaintiff

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

Adv. Proc. No. 25-10044-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 3
Date Rcvd: Dec 23, 2025      Form ID: pdf001      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kirk E MacKinnon Morrow, Zuckerman Spaeder LLP, 100 East Pratt Street, Suite 2440, Baltimore, MD 21202-1031 |
| aty | + | William J. Murphy, Zuckerman Spaeder LLP, 100 E. Pratt Street, Suite 2440, Baltimore, MD 21202-1031 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| | + | Michael Postal, 4302 Broken Arrow Court, Apt. 606, Clinton, MD 20735-9611 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| | + | POJO LaPlata LLC S/O: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| | + | Tenacity Investments, LLC S/O: Mike Postal, 7333 New Hampshire Avenue, Takoma Park, MD 20912-6958 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |
| dft | + | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc, Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Dec 23 2025 22:02:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Dec 23 2025 21:59:06 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2025 22:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Dec 23 2025 21:59:10 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Dec 23 2025 22:02:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |

Case 25-10044-ELG   Doc 101   Filed 12/25/25   Entered 12/26/25 00:04:33   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2025 | Form ID: pdf001 | Total Noticed: 26 |

| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | | |
|---|---|---|---|
| | | Dec 23 2025 22:02:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | | |
| | | Dec 23 2025 22:02:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Gansler | on behalf of Defendant Science Park Associates LLC douglas.gansler@cwt.com, nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Defendant Darnestown Road Inc. douglas.gansler@cwt.com, nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021 douglas.gansler@cwt.com, nyecfnotice@cwt.com |
| Douglas Gansler | on behalf of Defendant Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| John J. Connolly | on behalf of Defendant Whiteford Taylor & Preston, LLP jconnolly@zuckerman.com, jlinton@zuckerman.com,dvermilye@zuckerman.com |
| Kirk Edward MacKinnon Morrow | on behalf of Defendant Whiteford Taylor & Preston, LLP kmackinnonmorrow@zuckerman.com, jstraw@zuckerman.com |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing Laplata JC LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff White Pearl LLC patrick@hendersonlawllc.com |
| Patrick Donald Gardiner | on behalf of Plaintiff Claudia Engelhorn patrick@hendersonlawllc.com |
| Sam J. Alberts | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 23, 2025 | Form ID: pdf001 | Total Noticed: 26 |

on behalf of Plaintiff Claudia Engelhorn as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

Sam J. Alberts

on behalf of Plaintiff Claudia Engelhorn sam.alberts@dentons.com docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

Sam J. Alberts

on behalf of Plaintiff White Pearl LLC sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com;malka.zeefe@dentons.com

William Murphy

on behalf of Defendant Whiteford Taylor & Preston, LLP wmurphy@zuckerman.com

TOTAL: 14