Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

Matthew M. Karlan*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Matthew.Karlan@cwt.com
Telephone: (212) 504-6000
*Pro hac vice pending

Counsel for Defendants Erik D. Bolog, Individually
and as Trustee of the JAREB Irrevocable Trust
Agreement dated October 11, 2021;
Darnestown Road, Inc.; and Science Park Associates, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>　　　　　　Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court for the District of Columbia) |
| Claudia Engelhorn, *et al*.<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>Erik D. Bolog, *et al*.<br><br>　　　　　　Defendants. | Adv. Proc. No. 25-10044-ELG<br><br>**Hearing Date**: January 6, 2026<br><br>**Hearing Time**: 10:00 a.m. |

**NOTICE OF HEARING**

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE NOTICE** that on May 23, 2025, Plaintiff Claudia Engelhorn filed a *Motion for Sanctions*. On June 9, 2025, the Bolog Parties[1] filed an *Opposition to Plaintiff's Motion for Sanctions*.[2] **The deadline for all other objections has expired**.

**PLEASE TAKE FURTHER NOTICE** that a status conference and hearing on other pending motions in the above-captioned adversary proceeding is scheduled for January 6, 2026, at 10:00 a.m. by Zoom. (*See* ECF No. 91)

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 5070-1(a) of the Local Rules of the Bankruptcy Court for the District of Columbia, a hearing on Plaintiff's Motion for Sanctions and the Bolog Parties' Opposition thereto and all related briefings and applicable filings in the above-captioned adversary proceeding and bankruptcy case will be held on **January 6, 2026, at 10:00 a.m. by Zoom**.

**For Zoom information, please email** Gunn_Hearings@dcb.uscourts.gov. Parties in interest with questions may contact the undersigned.

If you want the Court to consider your views on Plaintiff's Motion for Sanctions and the Bolog Parties' Opposition thereto then you or your attorney must attend the hearing scheduled for January 6, 2026, at 10:00 a.m. by Zoom.

---

[1] "Bolog Parties" collectively refers to defendants Erik D. Bolog ("Mr. Bolog"), Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October 11, 2021, Science Park Associates, LLC ("Science Park"), and Darnestown Road, Inc. ("Darnestown Road").

[2] For the convenience of the Court and the Parties, a copy of Plaintiff's *Motion for Sanctions* is attached hereto as **Exhibit 1** and a copy of the Bolog Parties' *Opposition to Plaintiff's Motion for Sanctions* is attached hereto as **Exhibit 2**.

-3-

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting such relief.

Dated:   December 31, 2025

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

By: */s/ Matthew M. Karlan*
Matthew M. Karlan*
(signed by Douglas F. Gansler with permission of Matthew M. Karlan)
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Matthew.Karlan@cwt.com
Telephone: (212) 504-6000

**Pro hac vice* pending

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of December, 2025, a copy of the foregoing was served on counsel of record electronically via CM/ECF, and remaining parties by overnight mail.

**Counsel of Record Served via CM/ECF:**
Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick.hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Swain Landing LaPlata JC, LLC*

**Parties Served Via Overnight Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Respectfully,

*/s/ Douglas Gansler*

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*