**EXHIBIT 1**

THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| **CLAUDIA ENGELHORN, ET AL.** ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | **Case No.: C-24-CV-24-002631** |
| ) | |
| **ERIK D. BOLOG, ET AL.** ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff, Claudia Engelhorn, by and through their undersigned counsel, files this Motion for Sanctions and in support hereof, respectfully states as follows:

1. That this Honorable Court should enter sanctions against Defendants Erik D. Bolog, Individually, Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust, Darnestown Road Inc., and Science Park Associates, Inc., because these Defendants have flouted this Honorable Court's April 8, 2025, Order Compelling Discovery.

2. That, on or about October 10, 2024, Plaintiff, Claudia Engelhorn, served Defendants Erik D. Bolog Individually ("Mr. Bolog") Erik D. Bolog as Trustee of the JAREB Irrevocable Trust ("JAREB"), Darnestown Road Inc., ("Darnestown Road") and Science Park Associates, Inc., ("Science Park") (collectively "the Bolog Defendants") with discovery requests, including Interrogatories and Requests for Production of Documents, pursuant to the Maryland Rules of Civil Procedure.

3. That the Bolog Defendants failed to timely respond to Plaintiff's discovery requests, or produce any document, necessitating the filing of a Motion to Compel on March 17, 2025.[1]

4. That, on or about April 8, 2025, this Honorable Court granted Plaintiff Engelhorn's Motion to Compel and specifically ordered:

   a. "Defendants Darnestown Road, Inc. and Science Park Associates, Inc. produce full and complete responses to Plaintiffs Interrogatories in compliance with Maryland Rule 2-421(b) within fifteen (15) days of the docketing of this order," and

   b. "that Defendants Erik D. Bolog, Individually and as Trustee for the JAREB Irrevocable Trust, Darnestown Road Inc., and Science Park Associates Inc. produce full and complete responses to Plaintiff's Requests for Production of Documents within fifteen (15) days of the docketing of this order."

5. That this Honorable Court's Order was docketed on April 9, 2025, and 15 days thereafter was Thursday, April 24, 2025.

6. That, on the late evening of April 24, 2025, the following items were produced via email:

   a. Science Park Associates, LLC's *unexecuted and unsworn* Second Supplemental Responses and Objections to Plaintiff's Interrogatories;

   b. Darnestown Road, Inc.'s *unexecuted and unsworn* Second Supplemental Responses and Objections to Plaintiff's Interrogatories;

   c. Written responses to Plaintiff's First Set of Document Requests from Darnestown, Science Park, Mr. Bolog, and JAREB.

---

[1] The entirety of the long history leading to the April 8, 2025 Order Granting Plaintiff's Motion to Compel is set forth in the Plaintiff's Motions to Compel and Replies in support of the same.

    d. None of the Bolog Defendants produced any responsive documents whatsoever.

    7. That the Bolog Defendants' failure to comply with their discovery obligations and this Honorable Court's Order Compelling the same prejudices Plaintiffs by delaying the progress of this case and hindering all of the Plaintiffs' ability to prepare for trial and designate expert witnesses in accordance with the Scheduling Order.

    8. That, "[i]f a person fails to obey an order compelling discovery, the court, upon motion of a party and reasonable notice to other parties and all persons affected, may enter such orders in regard to the failure as are just, including one or more of the orders set forth in [Md. Rule 2-433 (a)]..." Md. Rule 2-433(e).

    9. That Maryland Rule 2-433(a) provides, in relevant part, that a court may enter: "[a]n order that the matters sought to be discovered, or any other designated facts shall be taken to be established for the purpose of the action in accordance with the claim of the party obtaining the order" and/or "[a]n order refusing to allow the failing party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence…" Md. 2-433(a)(1)-(2).

    10. That Maryland Rule 2-433(a)(3) permits the Court to strike out pleadings or parts thereof.

    11. That, because of Science Park and Darnestown's complete failure to provide *sworn* answers to interrogatories as required by Md. Rule 2-421(b), their complete failure to produce any documents responsive to Plaintiff's document requests, and their complete disregard for this Honorable Court's April 8, 2025, Order Compelling Discovery ordering the same, this Honorable Court should:

3

    a. Enter an order that the allegations set forth in the Second Amended Complaint regarding Science Park and Darnestown be deemed established in accordance with the Plaintiffs' claims therein; and

    b. Enter an order striking Science Park and Darnestown's claims from the Counterclaim filed on March 24, 2025.

12. That because Mr. Bolog and JAREB have failed to produce or make available for inspection any documents responsive to Plaintiff's Request for Production, and their disregard for the Court's April 8, 2025 Order requiring the production of said documents this Honorable Court should:

    a. Enter an order prohibiting Mr. Bolog and JAREB from supporting any defense to the Plaintiffs' claims as set forth in the Second Amended Complaint;

    b. Enter an order prohibiting Mr. Bolog from supporting any claims set forth in his Counterclaim; and

    c. Enter an order prohibiting Mr. Bolog and JAREB from relying on and/or entering into evidence any documents responsive to Plaintiff Engelhorn's Requests for Production of Documents.

13. That Plaintiff asserts that the Orders requested above relating to the the aforementioned failures are justified under the circumstances of this case.

WHEREFORE, Plaintiff Claudia Engelhorn respectfully requests that this Honorable Court:

1. Grant Plaintiff's Motion for Sanctions; and

2. Enter an Order that the allegations set forth in the Second Amended Complaint regarding Science Park and Darnestown be deemed established in accordance with the Plaintiffs' claims therein;

3. Enter an order striking Science Park and Darnestown's claims from the Counterclaim filed on March 24, 2025;

4. Enter an order prohibiting Mr. Bolog and JAREB from supporting any defense to the Plaintiffs' claims as set forth in the Second Amended Complaint;

5. Enter an order prohibiting Mr. Bolog from supporting any claims set forth in his Counterclaim;

6. Enter an order prohibiting Mr. Bolog from relying on and/or entering into evidence any documents responsive to Plaintiff Claudia Engelhorn's Requests for Production of Documents and Things to Erik D. Bolog;

7. Enter an order prohibiting JAREB from relying on and/or entering into evidence any documents responsive to Plaintiff Claudia Engelhorn's Requests for Production of Documents and Things to Erik D. Bolog, as Trustee of the JAREB Irrevocable Trust Agreement Dated October 11, 2021; and

8. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted:

HENDERSON LAW, LLC.

/s/ PDG (AIS# 1506160113)
Wes P. Henderson, Esq. (AIS# 0212180062)
Patrick D. Gardiner, Esq. (AIS# 1506160113)
2127 Espey Court, Suite 204
Crofton, MD 21114
T: 410.721.1979
F: 410.721.2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2025 that, a copy of the foregoing was sent via MDEC to the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
wmurphy@zuckerman.com
jconnolly@zuckerman.com
kmackinnonmorrow@zuckerman.com

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Douglas F. Gansler, Esq.
John B. Howard, Jr., Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006
Douglas.gansler@cwt.com
J.B.Howard@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually,
and as Trustee of The JAREB Irrevocable Trust
Agreement dated October 11, 2021,
Science Park Associates, LLC; and Darnestown Road, Inc.*

6

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in Possession*

AND via first class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103
Takoma Park, MD 20912

*Defendant pro se*

    /s/ PDG (AIS# 1506160113)
Patrick D. Gardiner, Esq. (AIS# 1506160113)