Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

Matthew M. Karlan*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Matthew.Karlan@cwt.com
Telephone: (212) 504-6000
*Pro hac vice pending

*Counsel for Erik D. Bolog, Individually
and as Trustee of the JAREB Irrevocable Trust
Agreement dated October 11, 2021; Darnestown
Road, Inc.; and Science Park Associates, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>　　　　Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al*.<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Erik D. Bolog, *et al*.<br><br>　　　　Defendants. | Adv. Proc. No. 25-10044-ELG<br><br>**Response/Opposition Date**: January 23, 2026 |

**NOTICE OF BOLOG PARTIES' MOTION TO RECONSIDER
THIS COURT'S DECISION CONCERNING ENGELHORN PARTIES'
<u>RENEWED MOTION FOR REMAND AND/OR ABSTENTION</u>**

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE NOTICE** that on January 9, 2026, Erik D. Bolog as an individual and trustee of the JAREB Irrevocable Trust, Darnestown Road, Inc., and Science Park Associates, LLC, filed a *Motion to Reconsider this Court's Decision Concerning Engelhorn Parties' Renewed Motion for Remand And/Or Abstention*.

**PLEASE TAKE NOTICE** that the deadline to object or respond to the Motion is January 23, 2026. If you do not want the Court to grant the Motion, then before **January 23, 2026**, you or your attorneys must:

File with the court a written response or opposition to said motion explaining your position together with the proposed order required by Local Bankruptcy Rule 9072-1. The response or opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Avenue N.W., 3rd St. and Constitution Ave., N.W., Washington, D.C. 20001.

If you mail your response or opposition to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also send a copy to: Douglas F. Gansler, Cadwalader, Wickersham & Taft LLP, 1919 Pennsylvania Ave N.W. Washington D.C. 20006.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief. The Court may grant the Motion without a hearing if no response or objection is filed or the filed objection states inadequate grounds for denial of the relief sought in the Motion.

Parties in interest may contact the undersigned.

Dated:   January 9, 2026

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

By: */s/ Matthew M. Karlan*
Matthew M. Karlan*
(signed by Douglas F. Gansler with permission of Matthew M. Karlan)
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Matthew.Karlan@cwt.com
Telephone: (212) 504-6000

**Pro hac vice* pending

*Counsel for the Bolog Parties Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2026, a copy of the foregoing was served on counsel of record electronically via CM/ECF, and remaining parties by overnight mail.

**Counsel of Record Served via CM/ECF:**
Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick.hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Respectfully,

Douglas F. Gansler (Bar Number: 425465)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for the Bolog Parties Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*